UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

The GEO Group, Inc., a Florida corporation, DOES 1-10,

Defendants.

Case No.: 2:22-cv-04014-JGB-SHK

**[CLASS ACTION]**

**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND ALL OTHER PRETRIAL RELATED DATES**

# ORDER

After careful consideration of the parties' Joint Stipulation to Continue Trial and All Other Pretrial Related Dates and upon good cause appearing.

IT IS HEREBY ORDERED that trial and all requisite pre-trial dates are continued, as set forth in the table below:

|  | **Former Date** | **Requested Date** |
|---|---|---|
| Expert witness designation | September 11, 2023 | Monday, December 11, 2023 |
| Designation of rebuttal witnesses | September 25, 2023 | Tuesday, January 9, 2024 |
| Discovery cut off (including hearing motions) | Monday, October 16, 2023 | Monday, January 22, 2024 |
| Dispositive Motion hearing cut-off | December 18, 2023 | Monday, April 29, 2024 |
| Last day to Conduct Settlement conference | November 6, 2023 | Monday, February 5, 2024 |
| Final Pretrial Conference | January 29, 2024 | Monday, May 6, 2024 at 11:00 a.m. |
| Jury Trial | February 13, 2024 | Tuesday, May 28, 2024 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated:  September 14, 2023

Hon. Jesus G. Bernal
United States District Judge

1