UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

The GEO Group, Inc., a Florida corporation, DOES 1-10,

Defendants.

Case No.: 2:22-cv-04014-JGB-SHK

**[CLASS ACTION]**

**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND ALL OTHER PRETRIAL RELATED DATES**

# ORDER

After careful consideration of the Plaintiffs' Motion to Continue Trial and All Other Pretrial Related Dates and upon good cause appearing.

IT IS HEREBY ORDERED that trial and all requisite pre-trial dates are continued, as set forth in the table below:

|  | **Former Date** | **Requested Date** |
|---|---|---|
| Expert witness designation | Monday, December 11, 2023 | Monday, March 11, 2024 |
| Designation of rebuttal witnesses | Tuesday, January 9, 2024 | Monday, April 8, 2024 |
| Discovery cut off (including hearing motions) | Monday, January 22, 2024 | Monday, April 22, 2024 |
| Dispositive Motion hearing cut-off | Monday, April 29, 2024 | Monday, July 29, 2024 |
| Last day to Conduct Settlement conference | Monday, February 5, 2024 | Monday, May 13, 2024 |
| Final Pretrial Conference | Monday, May 6, 2024 | Monday, August 5, 2024 at 11:00 a.m. |
| Jury Trial | Tuesday, May 28, 2024 | Tuesday, August 27, 2024 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: January 18, 2024

_____
Hon. Jesus G. Bernal
*United States District Judge*

1