UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated, | Case No.  2:22-cv-04014-JGB-SHK |
| --- | --- |
| | **[CLASS ACTION]** |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT DESIGNATION AND EXPERT DISCOVERY CUTOFF DATES** |
| v. | |
| The GEO Group, Inc., a Florida corporation, DOES 1-10, | |
| Defendant. | |

After careful consideration of the Parties Stipulation to continue the initial designation of expert witnesses, the deadline to serve the rebuttal designation of expert witnesses, and the expert discovery cutoff dates, and upon good cause appearing.

/ / /

/ / /

/ / /

/ / /

4865-8538-4619 v1

1

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

IT IS HEREBY ORDERED that the dates are continued as set forth in the chart below.

| Deadline | Current Date | New Date |
| --- | --- | --- |
| Initial Expert Witness Designation | March 11, 2024 | May 20, 2024 |
| Rebuttal Witness Designation | April 8, 2024 | June 3, 2024 |
| Expert Discovery Cutoff | April 22, 2024 | June 28, 2024 |

IT IS SO ORDERED,

DATED:  March 8, 2024

Honorable Jesus G. Bernal
United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES