# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The GEO Group, Inc., a Florida corporation, DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-04014-JGB-SHK<br><br>**[CLASS ACTION]**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND ALL OTHER PRETRIAL RELATED DATES** |

# ORDER

After careful consideration of the Plaintiffs' Motion to Continue Trial and All Other Pretrial Related Dates and upon good cause appearing.

IT IS HEREBY ORDERED that trial and all requisite pre-trial dates are continued, as set forth in the table below:

|  | **CURRENT DATE** | **REQUESTED DATE** |
|---|---|---|
| Fact discovery cut off (including hearing motions) | Monday, April 22, 2024 | Monday, June 24, 2024 |
| Expert witness designation | Monday, May 20, 2024 | Monday, July 22, 2024 |
| Designation of rebuttal witnesses | Monday, June 3, 2024 | Monday, August 5, 2024 |
| Expert discovery cut off | Friday, June 28, 2024 | Friday, August 30, 2024 |
| Dispositive Motion hearing cut-off | Monday, July 29, 2024 | Monday, September 30, 2024 |
| Last day to Conduct Settlement conference | Monday, May 13, 2024 | Monday, July 15, 2024 |
| Final Pretrial Conference | Monday, August 5, 2024 | Monday, October 7, 2024 at 11:00 a.m. |
| Jury Trial | Tuesday, August 27, 2024 | Tuesday, October 29, 2024 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: April 8, 2024

_____
Hon. Jesus G. Bernal
*United States District Judge*

1