UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **2:22-cv-04014-JGB-SHK** | Date: | June 11, 2024 |
|---|---|---|---|

| Title: | *Hugo Gonzalez, et al. v. The Geo Group, Inc., et al.* |
|---|---|

Present: The Honorable    Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):    ORDER REQUIRING RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO DEPOSE LIEUTENANT ZOHBRAB DARMANDSHYAN AND ICE OFFICER G. VASQUEZ/GABRIEL VALDEZ**

On June 10, 2024, Plaintiffs filed an Ex Parte Application for Leave to Depose Lieutenant Zohbrab Darmandzhyan and ICE Officer G. Vasquez/Gabriel Valdez ("Ex Parte App." or "Ex Parte Application").  Electronic Case Filing Number ("ECF No.") 43.  Though Plaintiffs indicate that Defendant Geo Group, Inc. ("Geo") is not amenable to the request, before deciding the issue the Court would like to give Geo an opportunity to be more fully heard.  Therefore, by **5 p.m. PDT on June 14, 2024**, Geo may file a response to the Ex Parte Application.  The response may be no longer than 10 pages in length, double-spaced and 14 point font.  The page limit does not apply to any exhibits that may be attached.

**IT IS SO ORDERED.**