UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The GEO Group, Inc., a Florida corporation, DOES 1-10,<br><br>Defendant. | Case No.  2:22-cv-04014-JGB-SHK<br><br>**[CLASS ACTION]**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND ALL OTHER PRETRIAL-RELATED DATES** |

1

After careful consideration of the Parties' Stipulated Request to Continue Trial and All Other Pretrial Related Dates and good cause appearing.

IT IS HEREBY ORDERED that trial and all requisite pre-trial dates are continued, as set forth in the table below:

|  | Current Date | New Date |
|---|---|---|
| Fact discovery cut off (Site Inspection, Depositions) | Monday, June 24, 2024 | Monday, July 29, 2024 |
| Expert witness designation | Monday, July 22, 2024 | Monday, August 19, 2024 |
| Designation of rebuttal witnesses | Monday, August 5, 2024 | Monday, September 9, 2024 |
| Expert discovery cut off | Friday, August 30, 2024 | Friday, September 27, 2024 |
| Dispositive Motion hearing cut-off | Monday, September 30, 2024 | Monday, October 28, 2024 |
| Last day to Conduct Settlement conference | Monday, July 15, 2024 | Monday, August 12, 2024 |
| Final Pretrial Conference | Monday, October 7, 2024 | Monday, January 27, 2025 at 11:00 a.m. |
| Jury Trial | Tuesday, October 29, 2024 | Tuesday, February 11, 2025 at 11:00 a.m. |

DATED:  July 2, 2024

Hon. Jesus G. Bernal
United States District Judge

2