UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The GEO Group, Inc., a Florida corporation, DOES 1-10,<br><br>Defendant. | Case No.  2:22-cv-04014-JGB-SHK<br><br>**[CLASS ACTION]**<br><br>**ORDER GRANTING STIPULATED JOINT REQUEST TO CONTINUE SETTLEMENT CONFERENCE DEADLINE** |

After careful consideration of the Parties' Stipulated Joint Request to Continue the Settlement Conference Deadline and good cause appearing,

IT IS HEREBY ORDERED that the settlement conference deadline is continued, as set forth in the table below:

| | **Current Date** | **Requested Date** |
|---|---|---|
| Last day to Conduct Settlement conference | Monday, August 12, 2024 | Friday, October 18, 2024 |

Dated:  August 9, 2024

_____
Honorable Jesus G. Bernal
*United States District Judge*