UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The GEO Group, Inc., a Florida corporation, DOES 1-10,<br><br>Defendant. | Case No.  2:22-cv-04014-JGB-SHK<br><br>**[CLASS ACTION]**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DISPOSITIVE MOTION HEARING DEADLINE, SET CLASS CERTIFICATION MOTION HEARING DEADLINE, SET BRIEFING SCHEDULES** |

After careful consideration of the Parties' Stipulated Request to Continue the Dispositive Motion and Class Certification Hearing Date and Set Briefing Schedules, and good cause appearing.

IT IS HEREBY ORDERED that the dispositive motion hearing deadline is continued, class certification motion hearing deadline is set, and the briefing schedule for each is set, as set forth in the table below:

///

|  | **Current Date** | **Requested Date** |
|---|---|---|
| Dispositive Motion/Class Certification Motion hearing cut-off | Monday, October 28, 2024 | Monday, November 18, 2024 |
| Briefing deadline for Class Certification | | |
|    Motion filing deadline | Monday, September 30, 2024 | Monday, September 23, 2024 |
|    Opposition deadline | Monday, October 7, 2024 | Tuesday, October 15, 2024 |
|    Reply deadline | Tuesday, October 15, 2024 | Monday, October 28, 2024 |
| Briefing deadline for Dispositive Motion | | |
|    Motion filing deadline | Monday, September 30, 2024 | Monday, September 30, 2024 |
|    Opposition deadline | Monday, October 7, 2024 | Monday, October 21, 2024 |
|    Reply deadline | Tuesday, October 15, 2024 | Monday, November 4, 2024 |

DATED:  September 5, 2024

Hon. Jesus G. Bernal
*United States District Judge*