UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The GEO Group, Inc., a Florida corporation, DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-04014-JGB-SHK<br><br>**[CLASS ACTION]**<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING LEAVE FOR ONE DAY EXTENSION ON PLAINTIFFS' FILING OF THEIR OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

**ORDER**

After careful consideration of the Parties joint stipulation and upon good cause appearing.

IT IS HEREBY ORDERED that Plaintiffs' deadline to file their opposition to Defendant's motion for summary judgment is extended for one day from October 21, 2024, to October 22, 2024.

**IT IS SO ORDERED.**

Dated: October 21, 2024

Hon. Jesus G. Bernal
*United States District Judge*

1