UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The GEO Group, Inc., a Florida corporation, DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-04014-JGB-SHK<br><br>**[CLASS ACTION]**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND ALL OTHER PRETRIAL RELATED DATES** |

# ORDER

After careful consideration of the Parties joint stipulation and upon good cause appearing.

IT IS HEREBY ORDERED that Trial and Final Pretrial Conference dates are continued, as set forth in the table below.

|  | FORMER DATE | NEW DATE |
| --- | --- | --- |
| Final Pretrial Conference | January 27, 2025 | June 9, 2025 @ 11:00 a.m. |
| Jury Trial | February 11, 2025 | June 24, 2025 @ 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: January 7, 2025

Hon. Jesus G. Bernal
United States District Judge

1