UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>The GEO Group, Inc., a Florida corporation, DOES 1-10,<br><br>   Defendant. | Case No.  2:22-cv-04014-JGB-SHK<br><br>**[CLASS ACTION]**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND ALL OTHER PRETRIAL-RELATED DATES**<br><br>Judge:   Honorable Jesus G. Bernal |

///

///

///

///

///

///

///

///

Case No. 2:22-cv-04014-JGB-SHK
ORDER GRANTING JOINT STIPULATION TO
CONTINUE TRIAL AND ALL OTHER
PRETRIAL-RELATED DATES

After careful consideration of the Parties' Stipulated Request to Continue Trial and Final Pretrial Conference Dates and good cause appearing,

IT IS HEREBY ORDERED that trial and pre-trial dates are continued, as set forth in the table below:

|  | Current Date | Requested Date |
|---|---|---|
| Final Pretrial Conference | Monday, June 9, 2025 | Monday, August 11, 2025 at 11:00 a.m. |
| Jury Trial | Tuesday, June 24, 2025 | Tuesday, September 9, 2025 at 9:00 a.m. |

DATED:  __April 30____, 2025

Hon. Jesus G. Bernal
United States District Judge

Case No. 2:22-cv-04014-JGB-SHK
ORDER GRANTING JOINT STIPULATION TO
CONTINUE TRIAL AND ALL OTHER
PRETRIAL-RELATED DATES