UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-04014-JGB-SHK<br><br>Judge:  Hon. Jesus G. Bernal<br><br>[**PUTATIVE CLASS ACTION**]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND ALL OTHER PRE-TRIAL RELATED DATES**<br><br>Complaint Filed:  06/10/2022<br>Trial Date:          09/09/2025 |

After careful consideration of the Parties' Stipulated Request to Continue Hearing, the Hearing Date on Defendant's Motion for Summary Judgment [ECF 63] and Plaintiffs' Motion for Class Certification [ECF 54], and Trial and all Other Pre-Trial Dates and Deadlines and good cause appearing,

**IT IS HEREBY ORDERED** that the hearings, trial, and pre-trial dates are continued, as set forth in the table below:

|  | **Current Date** | **Requested Date** |
|---|---|---|
| Defendant's Motion for Summary Judgment [ECF 63] | Monday, June 30, 2025 at 9:00 a.m. | Monday, July 21, 2025 at 9:00 a.m. |
| Plaintiffs' Motion for Class Certification [ECF 54] | Monday, June 30, 2025 at 9:00 a.m. | Monday, July 21, 2025 at 9:00 a.m. |
| Final Pretrial Conference | Monday, August 11, 2025 at 11:00 a.m. | Monday, October 20, 2025 at 11:00 a.m. |
| Jury Trial | Tuesday, September 9, 2025 at 9:00 a.m. | Tuesday, November 18, 2025 at 9:00 a.m. |

DATED: __June 25_____, 2025

_____
Hon. Jesus G. Bernal
*United States District Judge*

Case No.  2:22-cv-04014-JGB-SHK
ORDER GRANTING JOINT STIPULATION

-2-