| | |
|---|---|
| 1 | Susan E. Coleman (SBN 171832) |
| | E-mail: scoleman@bwslaw.com |
| 2 | Deann R. Rivard (SBN 177482) |
| | E-mail: drivard@bwslaw.com |
| 3 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 444 South Flower Street, 40th Floor |
| 4 | Los Angeles, California 90071-2953 |
| | Tel: 213.236.0600  Fax: 213.236.2700 |
| 5 | |
| | Attorneys for Defendant |
| 6 | THE GEO GROUP, INC. |
| 7 | |
| | [Additional attorneys listed on Page 2] |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated, | | Case No. 2:22-cv-04014-JGB-SHK |
| | | **[PUTATIVE CLASS ACTION]** |
| | | **JOINT STIPULATION AND REQUEST TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION MOTIONS BY TO AUGUST 25, 2025** |
| Plaintiff, | | |
| v. | | [PROPOSED ORDER submitted concurrently] |
| | | Judge: Honorable Jesus G. Bernal |
| The GEO Group, Inc., a Florida corporation, DOES 1-10, | | |
| Defendant. | | |

///
///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4924-6934-2516 v1

1

Case No. 2:22-cv-04014-JGB-SHK
JOINT STIPULATION TO CONTINUE HEARING
ON MSJ AND CLASS CERT. MOTION

1  Catherine Sweetser (SBN 271142)
   **UCLA LAW CLINICS**
2  385 Charles E Young Drive
   East Los Angeles, CA 90095
3  Email(s):    csweetser@sshhzlaw.com

4  Paul Hoffman (SBN 071244)
   John Washington (SBN 315991)
5  **SCHONBRUN SEPLOW HARRIS**
   **HOFFMAN & ZELDES LLP**
6  200 Pier Avenue, #226
   Hermosa Beach, CA 90245
7  Telephone: (310) 396-0731
   Email(s):    hoffpaul@aol.com
8               jwashington@sshhzlaw.com

9  BARRETT S. LITT (SBN 45527)
   LINDSAY BATTLES (SBN 262862)
10 **McLANE, BEDNARSKI & LITT, LLP**
   975 East Green Street
11 Pasadena, California 91106
   Tel: (626) 844-7660
12 Fax: (626) 844-7670
   Email(s):    blitt@mbllegal.com
13              lbattles@mbllegal.com

14 *Attorneys for Plaintiffs,*
   *HUGO GONZALEZ, JOSE BACA,*
15 *ERICK LOPEZ, MARIO MANJARREZ, and*
   *RICARDO SANDOVAL GUADARRAMA.*

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4924-6934-2516 v1

2

Case No. 2:22-cv-04014-JGB-SHK
JOINT STIPULATION TO CONTINUE HEARING
ON MSJ AND CLASS CERT. MOTION

IT IS HEREBY STIPULATED by and between Plaintiffs HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, and Defendant THE GEO GROUP, INC. ("GEO")—the parties—through their undersigned counsel, as follows:

WHEREAS, this case concerns a June 12, 2020, incident at the Adelanto Detention Facility in Adelanto, California;

WHEREAS, this Court continued the hearing on Defendant's Motion for Summary Judgment (ECF 63) and Plaintiffs' Motion for Class Certification (ECF 54) to July 21, 2025, with the Final Pretrial Conference set for October 20, 2025, and the Jury Trial set to begin on November 18, 2025. (ECF 110.)

WHEREAS, defense counsel Ms. Coleman has a pre-prepaid vacation out of the country during the week of July 21, 2025, and she is arguing the summary judgment motion; defense counsel Joseph McGeady has a conflict on August 4, 2025, and he is handling the class certification motion argument; Plaintiffs' counsel Lindsay Battles is on vacation the following week on August 11, 2025; and the next available date all counsel have available is August 25, 2025.

WHEREAS, the parties respectfully request this Court to postpone the currently set July 21, 2025 hearing on the Motion for Summary Judgment and Motion for Class Certification to August 25, 2025. This change in hearing date will not affect the trial date.

IT IS SO STIPULATED.

Dated: July 9, 2025              BURKE, WILLIAMS & SORENSEN, LLP

By:    */s/ Susan E. Coleman*
         Susan E. Coleman
         Deann R. Rivard
         Attorneys for Defendant
         THE GEO GROUP, INC.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4924-6934-2516 v1                3                Case No. 2:22-cv-04014-JGB-SHK
JOINT STIPULATION TO CONTINUE HEARING
ON MSJ AND CLASS CERT. MOTION

| | | |
|---|---|---|
| 1 | Dated: July 9, 2025 | **UCLA LAW CLINICS** |
| 2 | | |
| 3 | | **SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP** |
| 4 | | **McLANE, BEDNARSKI & LITT, LLP** |

By:    /s/ *Catherine Sweetser*
         Catherine Sweetser

*Attorneys for Plaintiffs,*
HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA.

Dated:  July 9, 2025

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

By:       /s/ *Joseph L. McGeady*
       JOSEPH L. McGEADY
       Attorneys for Defendant
       The Geo Group, Inc.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4924-6934-2516 v1

4

Case No. 2:22-cv-04014-JGB-SHK
JOINT STIPULATION TO CONTINUE HEARING ON MSJ AND CLASS CERT. MOTION

# ELECTRONIC SIGNATURE CERTIFICATION

I, Susan E. Coleman, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the electronic filing.

Dated: July 9, 2025

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Susan E. Coleman*
Susan E. Coleman
Attorneys for Defendant
THE GEO GROUP, INC.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4924-6934-2516 v1

5

Case No. 2:22-cv-04014-JGB-SHK
JOINT STIPULATION TO CONTINUE HEARING ON MSJ AND CLASS CERT. MOTION