UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The GEO Group, Inc., a Florida corporation, DOES 1-10,<br><br>Defendant. | Case No.  2:22-cv-04014-JGB-SHK<br><br>**[CLASS ACTION]**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION MOTIONS TO AUGUST 25, 2025**<br><br>Judge:  Honorable Jesus G. Bernal |

///

///

///

///

///

///

///

///

4921-1371-5540 v1

After careful consideration of the Parties' Stipulated Request to Continue the hearing dates on Defendants' Motion for Summary Judgment and Plaintiffs' Motion for Class Certification and good cause appearing,

IT IS HEREBY ORDERED that hearing dates are continued, as set forth in the table below:

|  | **Current Date** | **Requested Date** |
|---|---|---|
| Hearing on Defendants' Motion for Summary Judgment | Monday, July 21, 2025 | Monday, August 25, 2025 |
| Hearing on Plaintiffs' Motion for Class Certification | Monday, July 21, 2025 | Monday, August 25, 2025 |

This Order does not affect any other dates set in this matter.

DATED: _____, 2025

_____

Hon. Jesus G. Bernal
*United States District Judge*

4921-1371-5540 v1

2

Case No. 2:22-cv-04014-JGB-SHK
[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO CONTINUE HEARING
DATES ON MSJ AND CLASS CERTIFICATION