# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The GEO Group, Inc., et al,<br><br>Defendant. | CASE NO. 2:22-cv-04014-JGB-SHK<br><br>[Hon. Judge Jesus G. Bernal]<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Plaintiffs have moved the Court for an order certifying this case as a class action under Rule 23(b)(3) (Dkt. No. 54).  Having considered the briefing and for good cause shown, Plaintiffs' Motion is hereby GRANTED. The Court hereby orders the following classes be certified, with Plaintiffs Hugo Gonzalez Mejia, Jose Baca Hernandez, Erick Jaimes Lopez, Mario Manjarrez, and Ricardo Sandoval Guardarrama appointed as the class representatives:

1. **The 3B Class:** All immigration detainees housed in Adelanto Detention Facility, Unit 3B on June 12, 2020 who were (1) subjected to the use of area saturation with pepper balls or pepper spray and/or (2) were placed on lockdown continually for some period of time after June 12, 2020.

2. **The 3C Class:** All immigration detainees housed in Adelanto Detention Facility, Unit 3C on June 12, 2020 who were (1) subjected to the use of area saturation with pepper balls or pepper spray and/or (2) were placed on lockdown continually for some period of time after June 12, 2020.

3. **The 3D Class:** All immigration detainees housed in Adelanto Detention Facility, Unit 3D on June 12, 2020 who were (1) subjected to the use of area saturation with pepper balls or pepper spray and/or (2) were placed on lockdown continually for some period of time after June 12, 2020.

The Court appoints UCLA Law Clinics; Schonbrun, Seplow, Harris, Hoffman & Zeldes, LLP; and McLane, Bednarski & Litt, LLP as class counsel.

IT IS SO ORDERED.

Dated: July 31, 2025

Honorable Jesus G. Bernal
*United States District Judge*

1