UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

The GEO Group, Inc., a Florida corporation, DOES 1-10,

Defendants.

Case No.: 2:22-cv-04014-JGB-SHK

**[CLASS ACTION]**

**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND ALL OTHER PRETRIAL RELATED DATES**

**ORDER**

After careful consideration of the Parties joint stipulation and upon good cause appearing.

IT IS HEREBY ORDERED that trial date and pretrial deadlines are continued, as set forth in the table below.

| | Former Date | New Date |
|---|---|---|
| Meet and Confer regarding Pretrial Deadlines | Wednesday, September 10, 2025 | Wednesday, February 4, 2026 |
| Meet and Confer regarding Motions in *Limine* | Monday, September 15, 2025 | Monday, February 9, 2026 |
| Motions *in Limine* | Monday, September 22, 2025 | Tuesday, February 17, 2026 |
| Memorandums of Contentions of Fact and Law, Witness Lists, Joint Exhibit List, and Oppositions to Motions *in Limine* | Monday, September 29, 2025 | Monday, February 23, 2026 |
| Proposed Final Pretrial Conference Order, Proposed Jury Instructions and any objections, Proposed Verdict Forms, Statement of the Case, and Proposed *Voir Dire* Questions | Monday, October 6, 2025 | Monday, March 2, 2026 |
| Final Pretrial Conference | Monday, October 20, 2025 at 11:00 a.m. | Monday, March 16, 2026 at 11:00 a.m. |
| Trial Briefs | Tuesday, November 11, 2025 | Tuesday, April 7, 2026 |
| Jury Trial | Tuesday, November 18, 2025 at 9:00 a.m. | Tuesday, April 14, 2026 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated:___October 2, 2025___          _____

Hon. Jesus G. Bernal

*United States District Judge*