UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-04014-JGB-ACCV<br><br>[PUTATIVE CLASS ACTION]<br><br>**ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS AND MOTION TO UNSEAL COURT RECORDS**<br><br>Date:  March 2, 2026<br>Time:  9:00 a.m.<br>Ctrm:  1 (Riverside)<br><br>Complaint Filed:  06/10/2022<br>Trial Date:         04/14/2026<br><br>**NOTE CHANGED MADE BY THE COURT** |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

This matter comes before the Court on DEFENDANT THE GEO GROUP, INC and the PROPOSED INTERVENORS' STIPULATION TO EXTEND DEFENDANT GEO's DEADLINE TO RESPOND TO MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS AND MOTION TO UNSEAL COURT RECORDS. Reviewing the grounds of such stipulation, the Court finds good cause therefore and hereby grants an extension and modifies the schedule for these motions as follows:

The current Hearing date of March 2, 2026, will be moved to March 30, 2026 at 9:00 a.m.

GEO's opposition will be due 35 days before the Hearing, on February 23, 2026.

The PROPOSED INTERVENORS' Reply will be due 21 days before the Hearing, on March 9, 2026.

IT IS HEREBY ORDERED.

Dated:  February 17, 2026

Hon. Jesus G. Bernal
United States District Judge

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No.  2:22-cv-04014-JGB-ACCV
ORDER TO EXTEND DEADLINE TO
RESPOND TO MOTION TO INTERVENE