# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC., et al.,<br><br>Defendants. | Case No. 2:22-CV-04014-JGB-ACCVx<br><br>[CLASS ACTION]<br><br>Honorable Jesus G. Bernal<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND ALL OTHER RELATED PRETRIAL DATES**<br><br>Complaint Filed: 06/10/2022<br>Trial Date:         04/14/2026 |

4930-2411-6118.1

**ORDER**

After careful consideration of the Parties' joint stipulation and upon good cause appearing.

IT IS HEREBY ORDERED that trial date and related pretrial deadlines are continued, as set forth in the table below.

| | Former Date | New Date |
|---|---|---|
| Parties to supplement disclosures and responses pursuant to Federal Rule of Civil Procedure 26 | October 16, 2023 | June 30, 2026 |
| Meet and Confer regarding Pretrial Deadlines | Wednesday, February 4, 2026 | Wednesday, July 22, 2026 |
| Meet and Confer regarding Motions in *Limine* | Monday, February 9, 2026 | Monday, July 27, 2026 |
| Motions *in Limine* | Tuesday, February 17, 2026 | Monday, August 3, 2026 |
| Memorandums of Contentions of Fact and Law, Witness Lists, Joint Exhibit List, and Oppositions to Motions *in Limine* | Monday, February 23, 2026 | Monday, August 10, 2026 |
| Proposed Final Pretrial Conference Order, Proposed Jury Instructions and any objections, Proposed Verdict Forms, Statement of the Case, and Proposed *Voir Dire* Questions | Monday, March 2, 2026 | Monday, August 17, 2026 |
| Final Pretrial Conference | Monday, March 16, 2026 at 11:00 a.m. | Monday, August 31, 2026 at 11:00 a.m. |

4930-2411-6118.1

-2-

|  | **Former Date** | **New Date** |
|---|---|---|
| Trial Briefs | Tuesday, April 7, 2026 | Tuesday, September 29, 2029 |
| Jury Trial | Tuesday, April 14, 2026 at 9:00 a.m. | Tuesday, October 6, 2026 at 9:00 a.m. |

**IT IS SO ORDERED**

Dated:   March 16, 2026

Hon. Jesus G. Bernal
United States District Court

4930-2411-6118.1

-3-