# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | | | | | |
|---|---|---|---|---|---|
| 1a. Contact Person for this Order | Naomi Campos | 2a. Contact Phone Number | (949) 851-5519 | 3a. Contact E-mail Address | ncampos@allenmatkins.com |
| 1b. Attorney Name (if different) | Matthew Sessions | 2b. Attorney Phone Number | (949) 553-1313 | 3b. Attorney E-mail Address | msessions@allenmatkins.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

Allen Matkins Leck Gamble Mallory & Natsis LLP
2010 Main St., 9th Floor
Irvine, CA 92614

| | |
|---|---|
| 5. Name & Role of Party Represented | The Geo Group, Inc., Defendant |
| 6. Case Name | Hugo Gonzales, et al. v. The Geo Group, Inc., et al. |
| 7a. District Court Case Number | 2:22-cv-04014-JGB-ACCV |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*

☒ DIGITALLY RECORDED   ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☒ Non-Appeal   ☐ Criminal ☒ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION *If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.* | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE *(Provide release date of efiled transcript, or check to certify none yet on file.)* | d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly *(Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/16/26 | 136 | J.G. Bernal | Pretrial Conference | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ _____ | ORDINARY (30-day) |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.   Date | 3/17/2026 |   Signature | /s/ Matthew Sessions |

G-120 (06/18)