UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 22-4014 JGB (ACCVx)** | Date | March 20, 2026 |
|---|---|---|---|
| Title | ***Hugo Gonzalez, et al. v. The Geo Group, Inc., et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **Minute Order (1) DIRECTING the Clerk to Seal Exhibit 74 (Dkt. Nos. 72-7, 76-2) (IN CHAMBERS)**

On October 16, 2024, defendant The Geo Group, Inc. ("Defendant") filed a joint application to file exhibit 74 under seal. ("Application," Dkt. No. 76.) On October 23, 2024, this Court granted the Application. (Dkt. No. 80.) Notwithstanding the Application, exhibit 74 was filed publicly in the Application. (See Dkt. No. 76-2.) Furthermore, exhibit 74 was filed publicly as part of defendant's opposition to the motion for class certification. (See Dkt. No. 72-7.) Although a motion to unseal is currently pending before this Court, the proposed-intervenors do not challenge the sealing of exhibit 74. (See Dkt. No. 122.) Accordingly, the Court **DIRECTS** the Clerk to seal exhibit 74. (Dkt. Nos. 72-7, 76-2.)

**IT IS SO ORDERED.**