Catherine Sweetser (SBN 271142)
Tessa R. Baizer (SBN 336028)
**UCLA LAW CLINICS**
385 Charles E Young Drive
East Los Angeles, CA 90095
Email(s): csweetser@sshhzlaw.com
baizer@law.ucla.edu

Paul Hoffman (SBN 071244)
John Washington (SBN 315991)
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
200 Pier Avenue, #226
Hermosa Beach, CA 90245
Telephone: (310) 396-0731
Email(s): hoffpaul@aol.com
jwashington@sshhzlaw.com

Barrett S. Litt (SBN 45527)
Lindsay Battles (SBN 262862)
**McLANE, BEDNARSKI & LITT, LLP**
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Email(s): blitt@mbllegal.com
lbattles@mbllegal.com

*Attorneys for Plaintiffs, Hugo Gonzalez, Jose Baca, Erick Lopez, Mario Manjarrez, and Ricardo Sandoval Guadarrama*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

The GEO Group, Inc., et al,

Defendant.

CASE NO. 2:22-cv-04014-JGB-SHK

[Hon. Judge Jesus G. Bernal]

**PLAINTIFFS' NOTICE OF FILING UNSEALED DOCUMENTS PURSUANT TO COURT ORDER**

Pursuant to this Court's Order Granting Intervenors' Motion to Unseal Court Records (Dkt. 154), Plaintiffs hereby submit the following documents:

Dkt. 57 – Previously Sealed Exhibits:

- Video Exhibits 2-8, previously filed under seal (lodged concurrently with the Court);
- Ex. 9 -- Detainee Count Slips-05688-05691 9-23-24
- Ex. 10 -- Logs re Individual Units 9-23-24_Redacted;
- Ex. 15 -- GEO 13228-0047 9-23-24; and
- Ex. 16 -- GEO 13228-0066 9-23-24 (2).

Dkt: 88:

- Ex. 87 -- Duran emails (GEO 13228-0180 through GEO 13228-0189);
- Ex. 90 -- Dorm logs-10323;
- Ex. 93 -- Emails re shutting off phones (GEO 13228-1672-1678);
- Ex. 98 -- Article re UOF emailed from Johnson to Janecka (GEO 13228-0379); and
- Ex. 99 - Shower Temperatures (GEO 07778-07779).

Respectfully submitted,

Dated: July 10, 2026

UCLA LAW CLINICS
SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP
McLANE, BEDNARSKI & LITT, LLP

By: */s/ Lindsay Battles*

Cathleen Sweetser
Tessa R. Baiser
UCLA LAW CLINICS

Paul Hoffman
John Washington

Barrett S. Litt
Lindsay Battles