**[EXHIBIT TO BE FILED WITH NOTICE OF MANUAL FILING**
**--**
**VIDEO (W3B Use of Force 6-12-2020 #1)]**

# EXHIBIT 2

**[EXHIBIT TO BE FILED WITH NOTICE OF MANUAL FILING**

**--**

**VIDEO (W3C Use of Force 6-12-2020 #2)]**

# EXHIBIT 3

**[EXHIBIT TO BE FILED WITH NOTICE OF MANUAL FILING**
**--**
**VIDEO (W3D Use of Force 6-12-2020 #1)]**

# EXHIBIT 4

**[EXHIBIT TO BE FILED WITH NOTICE OF MANUAL FILING**
**--**
**VIDEO (W2D Use of Force 6-12-2020 #2)]**

# EXHIBIT 5

**[EXHIBIT TO BE FILED WITH NOTICE OF MANUAL FILING -- VIDEO (GEO 13211 CONFIDENTIAL (UOF Handheld 2D))]**

# EXHIBIT 6

**[EXHIBIT TO BE FILED WITH NOTICE OF MANUAL FILING**
**--**
**VIDEO (GEO 05274 CONFIDENTIAL MAH00127 (UOF Handheld 3C))]**

# EXHIBIT 7

**[EXHIBIT TO BE FILED WITH NOTICE OF MANUAL FILING**
**--**
**VIDEO (GEO 13214 CONFIDENTIAL (UOF Handheld 3D))]**

# EXHIBIT 8

# EXHIBIT 9

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

# ADELANTO ICE PROCESSING CENTER
## OFFICIAL COUNT SLIP

| | | | |
|---|---|---|---|
| DATE: | 06 12-2020 | TIME: | 0630 |
| LOCATION: | W3D | | |
| TYPE: | ☒ FORMAL<br>☐ FACE-to-PHOTO<br>☐ EMERGENCY | | |
| TOTAL COUNT: | 50 | | |

DETAIL OFFICER NAME PRINT/SIGN

J. Tommie Lopez [signature]

VERIFYING OFFICER NAME PRINT/SIGN

V. Valdez [signature]

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

**ADELANTO ICE PROCESSING CENTER**
**OFFICIAL COUNT SLIP**

| | | | |
|---|---|---|---|
| **DATE:** | 6-12-20 | **TIME:** | 1030 |
| **LOCATION:** | W3B | | |
| **TYPE:** | ☑ FORMAL<br>☐ FACE-to-PHOTO<br>☐ EMERGENCY | | |
| **TOTAL COUNT:** | 411 | | |

**DETAIL OFFICER NAME PRINT/SIGN**

J. Jaramillo [signature]

**VERIFYING OFFICER NAME PRINT/SIGN**

M. PERERA [signature]

MW

**ADELANTO ICE PROCESSING CENTER**
**OFFICIAL COUNT SLIP**

| | | | |
|---|---|---|---|
| **DATE:** | 6/12/20 | **TIME:** | 1030 |
| **LOCATION:** | W3C | | |

**TYPE:**
- ☒ FORMAL
- ☐ FACE-to-PHOTO
- ☐ EMERGENCY

**TOTAL COUNT:** 48

**DETAIL OFFICER NAME PRINT/SIGN**
N. Rodriguez [signature]

**VERIFYING OFFICER NAME PRINT/SIGN**
M. PERFA [signature]

MW

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

| ADELANTO ICE PROCESSING CENTER OFFICIAL COUNT SLIP | | | |
|---|---|---|---|
| DATE: | 6-12-2020 | TIME: | 1030 |
| LOCATION: | W/3D | | |
| TYPE: | ☒ FORMAL<br>☐ FACE-to-PHOTO<br>☐ EMERGENCY | | |
| TOTAL COUNT: | 47 | | |
| DETAIL OFFICER NAME PRINT/SIGN | J. Klein [signature] | | |
| VERIFYING OFFICER NAME PRINT/SIGN | J. Mexia [signature] | | |

MP

# EXHIBIT 10

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Sunday 1st

2nd

259

6-21-20 2 Watch officer J Bunn Lt Baudre
10:42 D/O [illegible] relieving D/O Bunn for 10/100
1046 D/O [illegible] Post
1046 JBunn Back on Post ——— JB 4545
1054 Formal count clear ——— JB
1055 Security Fire & Safety check complete No Issues to Report Sanitation & Disinfectant Rounds conducted with HDQ Spray on all tables, phones, Rails, chairs & Door handles ——— JB
Note D/T in cell 101 asked if the Barber could cut his hair, Lt Baudre was asked She stated that D/Ts could not Recieve Barber equipment while on modified program ——— JB
1100 Cell 108 & 208 have Dayroom (10 min) JB
1102 code Red Maintance ——— JB
1108 code Red Maintance code 4 ——— JB
1110 LE 208 Refused last ten mins of Dayroom Dayroom closed for 108 ——— JB
1115 209 & 210 Open Dayroom ——— JB
1130 [illegible signature]
1130 Security Fire & Safety check complete No Issues to Report Sanitation & Disinfectant Rounds conducted with HDQ Spray on all Tables, chairs, Rails, Phone & Door handles ——— JB
1142 J Bunn off post for 10/100 ——— JB
1150 209 & 210 DAY ROOM CLOSED. 101 CELL OUT FOR DAYROOM. ——— CN ———
1205 JBunn Back on Post ——— JB
1220 Dayroom closed for cell 101 ——— JB
1235 Dayroom open for 102 & 202 will Return to 201 ——— JB
1241 Security check complete No Issues JB
1241 trays delivered to unit ——— JB
1255 Dayroom Closed for 202 & 102 JB
1300 Dayroom open for 201 ———
1341 DAY ROOM CLOSED FOR 201 ———

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

W3D



| Time | Entry | +/- | P | B |
|---|---|---|---|---|
| 6-17-21 | | | | |
| 1237 | Sgt Thornton [illegible] Prea Rules | | | |
| 1243 | -2 OUT TO MEDICAL [redacted] | -2 | 44 | 44 |
| 1228 | D/O Avila on post relieving D/O Malopez Code 78"/100, annouced female present. | | | |
| 1256 | Trays Compiled. | | | |
| 1245 | D/O McYaughin & D/O Klein enter unit to pass out mask to detainees. | | | |
| 1257 | Fire Safety & Security Check conducted, all clear no issues & hdg Sprayed. | | | |
| 1310 | Cell 102 assumes dayroom time for 30 minutes. @(1340) | | | |
| 1314 | D/O Ms Lopez Back on post | | | |
| 1327 | (+2) 101-TU 108TU Back IN From Medical. | +2 | 46 | 46 |
| 1332 | (-1) 209-TU out to Attorney visit. | -1 | 45 | 45 |
| 1352 | 103 out to DayRoom. | | | |
| 1404 | Security Check Complete All Conducted NO ISSUES to Report | | | |
| 1427 | D/O on / off off post | | | |
| ~~1441~~ | ~~(+1) 209-TU Back IN From Attorney visit~~ | ~~+1~~ | ~~46~~ | ~~46~~ |
| 1441 | (+1) 209-TU Back IN From Attorney visit | +1 | 46 | 46 |

- W3D -

163

| | | +/- | P | B |
|---|---|---|---|---|
| SATURDAY 06-20-2020 | 1ST WATCH D/O JS. ORTIZ LT. WILTSHIRE | | | |
| 0628 | D/O JS. ORTIZ ON POST WITH RADIO # 301, CUFF # 62 | | 45 | 45 |
| — | CUFF KEY # 6, KEY # 11/9. TRANSFER COUNT FROM PREVIOUS | | | |
| — | SHIFT. | | | |
| 0630 | PREPARE FOR COUNT. | | | |
| 0640 | COUNT COMPLETE. BOTH OFFICERS AGREE | | 45 | 45 |
| — | (17) BOTTOM, (28) TOP, (45) TOTAL. SECURITY/FIRE | | | |
| — | SAFETY CHECK COMPLETE. | | | |
| 0705 | COUNT CLEAR. | | | |
| 0710 | SECURITY/FIRE/SAFETY CHECK COMPLETE. | | | |
| — | HDQ SPRAYED ON SURFACE AREAS. CELL # | | | |
| — | 103 & 203 OUT FOR DAY ROOM ACCESS. | | | |
| 0744 | SECURITY/FIRE/SAFETY CHECK COMPLETE. HDQ | | | |
| — | SPRAYED ON SURFACE AREA. CELL # 103 & 203 | | | |
| — | CLOSED TO DAY ROOM. CELL # 104 & 204 | | | |
| — | OPEN TO DAY ROOM. | | | |
| 0818 | SECURITY/FIRE/SAFETY CHECK COMPLETE. HDQ | | | |
| — | SPRAYED ON SURFACE AREAS. CELL # 104 & 204 | | | |
| — | CLOSED TO DAY ROOM. CELL # 105 & 205 OPENED | | | |
| — | TO DAY ROOM. | | | |
| 0834 | ANNOUNCED FEMALE MED. STAFF ON SITE. | | | |
| 0852 | SECURITY/FIRE/SAFETY CHECK COMPLETE. HDQ SPRAY | | | |
| — | ON SURFACE AREAS. CELL # 105 & 205 ~~OPENED~~ | | | |
| — | CLOSED TO DAY ROOM. CELL # 106 & 206 OPENED | | | |
| — | TO DAY ROOM. | | | |
| 0854 | FEMALE MED. STAFF OFF SITE. | | | |
| 0859 | (-2) OUT FOR MEDICAL [redacted] | -2 | 43 | 45 |
| 0924 | (+2) BACK FROM MEDICAL [redacted] | +2 | 45 | 45 |
| 0930 | SECURITY/FIRE/SAFETY CHECK COMPLETE. HDQ | | | |
| — | SPRAYED ON SURFACE AREAS. CELL # 106 & 206 | | | |
| — | CLOSED TO DAY ROOM CELL # 108 & 207 OPEN | | | |
| | TO DAY ROOM. | | | |
| 0947 | D/O JS. ORTIZ OFF POST FOR 10/MIN. BREAK | | | |
| — | AND LUNCH BREAK. | | | |
| 0952 | D/O CARRASCO ON POST | | | |
| 1000 | 208, 209 - 30MIN | | | |
| 1005 | SECURITY CHECK COMPLETED | | | |
| 1030 | 208, 209 FULL 30 MIN | | | |
| 1037 | D/O JS. ORTIZ BACK ON POST FROM 14/MIN | | | |
| — | AND LUNCH BREAK | | | |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

W3D

167

| | | +/- | P | B |
|---|---|---|---|---|
| 11-21-2020 | LT BARAKAT SGT [illegible] ORTIZ DO BALDERRAMA | | | |
| 0230 | DO C. BALDERRAMA ON POST FOR REMAINDER OF | | 45 | 45 |
| x | 3RD WATCH — NO ISSUES WERE REPORTED — | | | |
| 0247 | FIRE/SAFETY/SECURITY CHECK COMPLETE — NO ISSUES | | | |
| x | SANITATION ROUNDS COMPLETE - HDQ SPRAYED | | | |
| 0250 | PREP FOR FACILITY FORMAL COUNT —— CB | | | |
| 0300 | COMMENCE FACILITY FORMAL COUNT —— | | | |
| 0324 | FIRE/SAFETY/SECURITY CHECK COMPLETE —NO ISSUES | | | |
| x | BOTH OFFICERS AGREE ON TOTAL POPULATION 45 | | | |
| 0344 | Sgt Ortiz unannounced PREA [illegible] | | | |
| 0404 | FIRE/SAFETY/SECURITY CHECK COMPLETE — NO ISSUES | | | |
| x | CELL 101 OPEN FOR DAYROOM —— CB | | | |
| 0413 | CELL 10C SECURES THEIR DOOR (REFUSED DAYROOM) | | | |
| 0416 | CELL 201 OPEN FOR DAYROOM —— CB | | | |
| 0436 | Female Announced/Unannounced PREA [signature] | | | |
| 0440 | CELL 201 BACK INTO CELL —— | | | |
| 0450 | CHOW 10 - 98 3 MISSING IN TRAYS 209 | | | |
| x | CELLS 102/202 REFUSED DAYROOM —— CB | | | |
| 0511 | CELL 209 WAS FEED - ALL CELLS REFUSED | | | |
| x | 1ST ROUND OF DAYROOM FROM THE CELLS | | | |
| x | WHO WERE LEFT TO AFT - 106 IS OUT FOR | | | |
| x | THE PHONE — 201 WILL BE OUT AT 0600 TO | | | |
| x | CLEAN THE SHOWERS —— CB | | | |
| 0540 | DO K. Blood on post for code 7 | | | |
| 0515 | Security check complete. All code 4 | | | |
| 0615 | Security check complete. Code 4 | | | |
| 0620 | DO K. Blood off post — KB | | | |
| x | PREP FOR FACILITY FORMAL COUNT —— | | | |
| 0630 | COMMENCE FACILITY FORMAL COUNT —— | | | |
| 0640 | FIRE/SAFETY/SECURITY CHECK COMPLETE — CLEAR | | | |
| x | BOTH OFFICERS AGREE 17/28 —— CB | | | |

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

W3D



| B | | | +/- | P | B |
|---|---|---|---|---|---|
| | | 1ST watch continue... | | | |
| 46 | x | numbers continue | -3 | 43 | 46 |
| | 1140 | sanitized sink area, phones, tables, | | | |
| | x | showers, rails with hdq spray. | | | |
| | 1140 | cell 201 out for 30 min dayroom | | | |
| | x | time —— TR | | | |
| | 1210 | cell 201 back in from 30 min day | | | |
| | x | room time | | | |
| | 1215 | D/O Hendrickson on post covering | | | |
| | x | 2x 10 minute breaks no equipment exchanged | | | |
| | | (+2) 208 24 & 107 IL back from Atty. | +2 | 45 | 46 |
| | 1220 | SGT. A. LEAVOS UNANNOUNCED Area Round —— | | | |
| | 1223 | Chow trays arrive in unit —— T.H | | | |
| | 1225 | Chow begins in unit —— TH | | | |
| | 1238 | "female present" D/O RAMIREZ back | | | |
| | | on post from break —— TR | | | |
| | 1251 | Sgt Branch Unannounced Area Rounds | | | |
| | | Starting right now we will | | | |
| | | be starting a new rotation | | | |
| | | Cell 101 with 201 come out for | | | |
| | | 1 HR. Then 102 thru 104 come | | | |
| | | out for one HR. Then 105 thru | | | |
| | | 108 come out for one HR. Then | | | |
| | | 202 thru 205 come out for one | | | |
| | | HR. Then 206 thru 210 come out | | | |
| | | for one HR, the start the rotation | | | |
| | | all over with 101 and 201 —— | | | |
| | 1252 | -3 OUT TO MEDICAL | | | |
| 46 | x | [redacted] | -3 | 42 | 46 |
| | 1310 | completed security/safety/fire check. | | | |
| | x | doors locked and secure. no prea violations | | | |
| | x | no issues to report at this time. | | | |
| 46 | x | Sanitized doors, handles, showers, sink | | | |
| | x | area, rails and tables with hdq. | | | |
| | 1304 | cell 209 came out for an hour + 1/2 | | | |
| | 1315 | cells 108 + 208 came out for half an | | | |
| | x | hour 1208 gets an extra hour starting | | | |
| | x | from the new schedule. —— TR | | | |
| | 1326 | continue next page —— TR | | | |

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

184 Monday

W3D

| | | +/- | P | B |
|---|---|---|---|---|
| 06/22/2020 | 3rd Watch D/O Lt Ornelas | | | |
| 2225 | D/O R.Cash on post relieving D/O | | | |
| | Verela of was friday ——— RC | | | |
| 2232 | D/o morton on post | | | |
| 2255 | D/O RAYMONDO ON POST WITH | | 46 | 46 |
| | RADIO # 305, KEY SET # 4, CUFF KEY # 8, | | | |
| | CUFFS # W-C 62 ——— JR | | | |
| 2300 | COMMENCE COUNT ——— JR | | | |
| 2301 | COMPLETED INVENTORY SHEET AND | | | |
| | INSPECTION SHEET ——— JR | | | |
| 2315 | SANITIZED PHONES, HANDLES, COMPS. SECURITY CHECK. | | | |
| 2319 | D/O A CAMACHO ASSISTED WITH COUNT. | | | |
| | BOTH AGREED ON 46 ——— JR | | 46 | 46 |
| 2327 | COUNT CLEAR ——— JR | | | |
| 2333 | CELLS 102, 103, 104 IN DAYROOM. | | | |
| 2337 | A Camacho on post to cover a lunch break. | | | |
| 2356 | Security/fire and safety check complete- | | | |
| | HDQ sprayed on all door handles, | | | |
| | along with stair Rails ——— | | | |
| 0000 | "New Day" Tuesday June 23rd, 2020 ——— | | | |
| 0011 | A Camacho off post ——— AC | | | |
| | D/O RAYMONDO BACK ON POST ——— JR | | | |
| 0029 | SECURITY CHECK. FIRE & SAFETY. SPRAYED | | | |
| | HDQ ON DOOR HANDLES ——— JR | | | |
| 0035 | 102, 103, 104 BACK IN CELL | | | |
| | 105, 106, 107, 108 IN DAYROOM | | | |
| 0049 | SECURITY CHECK. FIRE & SAFETY. SANITIZED | | | |
| | DOOR HANDLES, MICROWAVES ——— JR | | | |
| 0050 | PREPARE FOR COUNT ——— JR | | | |
| | 105, 106, 107, 108 BACK IN CELLS | | | |
| | THEY WILL HAVE 45 MINUTES LEFT | | | |
| | IN DAYROOM WHEN IT OPENS IN | | | |
| | THE MORNING ——— JR | | | |
| 0111 | SANITIZED ALL PHONES, TABLES, | | | |
| | MICROWAVES DOOR HANDLES ——— JR | | | |
| | "E" @ 0100 COMMENCE COUNT. | | | |
| 0115 | D/O GALVIN ASSISTED WITH COUNT. | | | |
| | BOTH AGREED ON 46 ——— JR | | 46 | 46 |
| 0120 | FEMALE PRESENT: LVN TO PICK UP | | | |
| | MEDICAL FORMS. ASKED TO SEE [redacted] | | | |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

188 (Continued) W3D CT Yarbrough

| | | +/- | P | B |
|---|---|---|---|---|
| 6-23-20 | 1st watch officer J. Hendrix | | | |
| 1030 | Commence formal count → JH | | 45 | 95 |
| 1045 | Fire/safety/security check completed all securing privacy sheets up, HDQ sprayed all door handles/phones → JH | | | |
| 1106 | Officer J. Hendrix and officer Velasquez both agreed on 45 for a formal count → JH | | | |
| 1109 | Fire/safety/security check completed all securing privacy sheets up, HDQ sprayed all door handles/phones → JH | | | |
| 1119 | Formal count clear → JH | | | |
| 1125 | Group 5 now has the dayroom for 1hr → JH | | | |
| 1128 | Rec. Etrata - daily inventory for the barber | | | |
| 1134 | Fire/safety/security check completed all securing privacy sheets up, HDQ sprayed all door handles/phones → JH | | | |
| 1143 | Food trays arrive to unit → JH | | | |
| 1204 | Group 5 back out, due to security check will go back in after → JH | | | |
| 1220 | Security check complete, All doors secured, HDQ sprayed on door handles ~~and~~ JR | | | |
| 1235 | (-1) 201[3L] out to court x Sandoval-Sanabria, Jorge x A*94297573 | -1 | 44 | 45 |
| 1240 | Group 5 back in cells, all doors secured. JR | | | |
| 1245 | Dayroom opened (for 1 hr) at 1245 for group 1. JR | | | |
| 1255 | Officer J. Hendrix back on post from a break, code 7 → JH | | | |
| 1257 | Fire/safety/security check complete all securing privacy sheets up, HDQ sprayed all door handles/phones → JH | | | |
| 1319 | Fire/safety/security check complete all securing privacy sheets up, HDQ sprayed all door handles/phones → JH Officer J. Hendrix next page → JH | | | |

W3D



| | | +/- | P | B |
|---|---|---|---|---|
| B 6-23-20 | 2ND WATCH LT-D | | | |
| 01454 | D/O FERRETR ASSUMES POST | | 44 | 45 |
| | W/RADIO#1084, KEY#11(w9), CUFF#61 | | | |
| | RELIEVED D/O HENDRIX FROM ALL | | | |
| | DUTIES / (+1) BACK FROM MED SAT 103-W | +1 | 45 | 45 |
| 1505 | GROUP 3 OUT FOR PROGRAM | | | |
| / | CELL, 105, 106, 107, 108 | | | |
| 1510 | WATER JUG FILLED AND DROPPED OFF | | | |
| 1516 | HDQ SPRAYED SECURITY CHECK | | | |
| / | COMPLETE NO ISSUES | | | |
| 1530 | D/o R. Mclaughlin on post for code 7 | | | |
| 1535 | fire safety security check complete | | | |
| | no issues to Report | | | |
| 1600 | fire safety security check complete | | | |
| | no issues | | | |
| 1605 | Day Room 10/18 for cells 105, 106, 107, 108 | | | |
| 1610 | Day Room open for cell 202, 203, 204, 205 | | | |
| 1615 | D/o R. Mclaughlin off post | | | |
| 1615 | D/O FERRETR BACK ON POST | | | |
| 1632 | SECURITY CHECK COMPLETE NO ISSUES | | | |
| 1650 | (+1) NEW ARRIVAL | | | |
| / | MORENO-ALFARO A#208148 36 205-2U | +1 | 46 | 46 |
| 1700 | FOOD ARRIVED AND SERVED | | | |
| / | NO REFUSALS - NO ISSUES | | | |
| / | GROUP 4 DELAYED 20 MIN | | | |
| / | DUE TO SERVING CHOW | | | |
| 1710 | GROUP 4 BEGINS REMAINING | | | |
| / | 20 MIN | | | |
| / | SECURITY CHECK COMPLETE NO ISSUES | | | |
| 1740 | HDQ SPRAYED, SECURITY CHECK | | | |
| / | COMPLETE NO ISSUES | | | |
| 1800 | SECURITY CHECK COMPLETE NO ISSUES | | | |
| 1805 | (-1) TO MEDICAL [redacted] | -1 | 45 | 46 |
| / | NIGHT SNACKS ARRIVED | | | |
| 1835 | GROUP 1 DAYROOM BEGINS (201, 101) | | | |
| / | SECURITY CHECK COMPLETE NO ISSUES | | | |
| 1850 | (+1) BACK FROM MEDICAL [redacted] | +1 | 46 | 46 |
| / | CONTINUED NEXT PAGE | | | |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

wednesday W3D
198

| | | +/- | P | B |
|---|---|---|---|---|
| 6-24-2020 | Officer Lovell | | | |
| 1430 | Officer lovell on post to Relieve officer Keys on post with Equipment Radio # 303, Key # 4 with 9 Keys, Cuff # W-C-63. | | 45 | 4 |
| 1445 | Fire, Safety and Security Check complete, no issues found. Sanitation and disenfectant Rounds With HDQ sprayed on sink, tables microwave SL | | | |
| 1446 | "Female present" announced | | | |
| 1450 | Told 204 2L to Roll up - SL | | | |
| 1510 | Dayroom ends for group 1 (0101, 201) | | | |
| 1515 | Dayroom opens for group 2 (102, 103, 104) | | | |
| 1516 | 204 2L 77118809 Morales Hernandez, Jaime removed from Dorm — SL | -1 | 44 | 44 |
| | — Base Change — | | 44 | 44 |
| 1530 | Fire, safety and security check complex, no issues found. Sanitation and disenfectant rounds with HDQ sprayed on tables, door handles and sink | | | |
| 1558 | DIO Carodine on post relieving DIO Lovell for a Code 7 | | | |
| 1637 | DIO Carodine Off Post | | | |
| LE 1615 | Dayroom Closed For Cells 102, 103, 104 | | | |
| LE 1620 | Dayroom Open For Cells 105, 106, 107, 108 1HR | | | |
| 1650 | Fire, safety and security check complete: no issues found. Sanitation + disenfectant rounds complete with HDQ sprayed on sink microwave, doors, tables — SL | | | |
| 1730 | Completed cell search of dorm D205 - see search book | | | |

Lackof.

| | | | | |
|---|---|---|---|---|
| PB | 6.8.20 LT Guevara SGT T. Gonzalez o/o Jaramillo | +/- | P | B |
| 444 | 0630 I D/o Jaramillo Assume all Duties as W3B | | | |
| | - officer w/ Radio # 30i, Key # 11 w 9 Keys, | | | |
| | - Handcuff w-c-60, Cuff key # 6 w/ 1 Key | | | |
| | 0630 Commence Facility formal Count | | | 444 |
| | 0635 D/o M wright enters to Assist w/ Count | | | |
| | 0640 Both officers agree to [illegible] in unit | | | 444 |
| | - Sanitation rounds conducted, HDQ sprayed on all | | | |
| | - Door handles, rails, phones, and Tables | | | |
| | 0653 Facility formal Count cleared | | | 444 |
| | 0704 [illegible] Castaneda XBX [illegible] | | | |
| | [illegible] | | | |
| | - Female in Dorm, [illegible] for movie/ Game | | | |
| | - exchange | | | |
| | 0704 Security check complete, Fire/Safety all clear | | | |
| | - Sanitation rounds conducted, HDQ sprayed on all | | | |
| | - Door handles, rails, phones, and Tables | | | |
| | 0720 Dayroom for Blue Begins | | | |
| | 0725 Female in Dorm Mail for pick up and exit | | | |
| | 0726 Security check complete, Fire/Safety all clear | | | |
| | - Sanitation rounds conducted HDQ SPRAYED ON | | | |
| | - All Door handles, Rails, phones, and Tables | | | |
| | 0734 Code Blue 5A | | | |
| | 0740 Code Blue Code 4 | | | |
| | 0743 Female in Dorm Grievance enters | | | |
| | 0842 Walls [illegible] | | | |
| | 0747 Security check complete, Fire/Safety all clear | | | |
| | - Sanitation Rounds conducted, Fire/Safety all clear | | | |
| | - HDQ SPRAYED ON All Door handles, rails, | | | |
| | - phones, and Tables | | | |
| | 0750 101 Dayroom Complete | | | |
| | 0750 D/o Arteaga un post covering lunch | | | |
| | 102 open TO DAY | | | |
| | 0802 Sgt [illegible] Unannounced [illegible] | | | |
| | [illegible] | | | |
| | 0820 30 MIN COMPLETED 102 Close | | | |
| | DAY ROOM OPEN Cell 103 | | | |
| | 0829 D/o Arteaga off post | | | |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



| | | | | |
|---|---|---|---|---|
| 6.8.20 | LT Bowdre SGT Leafoti T. Gonzalez DO Jaramillo | +/- | P | B |
| 0829 | D/O Jaramillo back on post from Code 7 and 1A | | | |
| 0841 | Security check Complete, Fire/Safety all clear | | | |
| — | Sanitation rounds Conducted, HDQ sprayed on | | | |
| — | All Door handles, rails, phones, and Tables | | | 6 | 44 |
| 0850 | cell 103 Dayroom complete | | | |
| 0855 | cell 104 opened for Dayroom | | | |
| 0904 | SGT. A. Leafoti / SGT. T. Gonzalez unannounced | | | |
| — | Security check complete, Fire/Safety all clear | | | |
| — | Sanitation rounds Conducted, HDQ sprayed on | | | |
| — | all Door handles rails phones, Tables | | | |
| 0905 | Female in Dorm Law Book for pill | | | |
| — | call | | | |
| 0914 | -1 Exit to Medical [redacted] | | | |
| — | [redacted] | -2 | 6/2 | 44 |
| 0920 | Pill call Complete, Law books exits | | | |
| 0925 | Cell 104 Dayroom Complete | | | |
| 0930 | 105 Dayroom begins | | | |
| 0939 | D/T Dominguez informed me he wasn't feeling | | | |
| — | good and his chest hurt, he was | | | |
| — | up walking around his cell and he | | | |
| — | didn't seem to be in any kind of | | | |
| | distress so I had 3 control Notify | | | |
| | Medical | | | |
| 0949 | Security check Complete, fire/safety all clear | | | |
| — | Sanitation rounds conducted. HDQ Sprayed | | | |
| — | on all Door handles, rails, phones, Tables | | | |
| — | -1 Exits to medical Dominguez | | | |
| — | 216554058 | -1 | 41 | 44 |
| 6.9. 0940 | +2 Return from Medical [redacted] | | | |
| | [redacted] | +2 | 43 | 44 |
| 0954 | Female in Dorm Law library clerk picked | | | |
| — | up work set | | | |
| 1000 | 105 Dayroom Complete | | | |
| 1014 | Security check Complete, Fire Safety | | | |
| — | all clear - HDQ Sprayed | | | |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1st ou[illegible]



6-8-20 1[illegible] Bowdre SGT T. Gonzalez D/O Jaramillo PB
1017 [illegible] Dorm [illegible] Books for [illegible]
1020 [illegible] Books [illegible]
— Prepare for Count
1030 Commence Count
1036 D/O Morin enters to assist w/ Count
1039 Both officers agree to 43 in unit — 43 44
— Security check complete, Fire/safety all clear
— Sanitation checks conducted HDQ sprayed on all
— Door handles, rails, phones, Tables
1042 Count Cleared — 43 44
1105 106 Dayroom begins
1109 Security Check Complete, Fire/Safety all clear
— Sanitation checks conducted. HDQ sprayed on all
— Door handles, rails, phones, Tables
1116 D/O Aragon on-post covering 10[illegible] Break
1120 D/O Jaramillo Back on post
1132 D/O Aragon off post
1140 107 Begin Dayroom
1135 106 Dayroom Complete
1144 Security check Complete, Fire/Safety all clear
— Sanitation Rounds Conducted HDQ sprayed
— on all Door handles, rails, phones, tables —
1107 [illegible] returns from Medical 205-22
— Dominguez — 44 44 44
1147 SGT. A. [illegible] / SGT. T. Gonzalez [illegible] from [illegible]
1157 Rec [illegible] enters w/ clippers for barbers
1158 Rec Castaneda brought back
unit [illegible] Clippers
1200 [illegible] trays brought to unit [illegible]
1215 Allowed all cells out at a time
— to get water
1230 D/O M[illegible] enters to pass [illegible]
(1225) Conducted visual Security Check
of unit
1300 Security check Complete, Fire/Safety all clear
— HDQ sprayed on all Surface areas —

80 1st watch

Log of:

6-9-20 M Bowdre SGT Gonzalez O/C Jaramillo

1310 108 Dayroom begins
1325 107 cased their dayroom. Just went to shower
1338 210 Dayroom begins
— Lvn Banks enters to give pills to 1st Female in unit
1341 Lvn Banks exits unit
1343 Security Check complete, Fire/safety clear
— Sanitation rounds conducted: HDQ sprayed on all door handles, rails, phones, Tables
1358 +1 New Arrival to unit
— 206-2L Dartyan 71097663 New base
— 45 | +1 | 45 | 45
1405 210 Dayroom ends
1410 209 Dayroom begins
1411 Security check Complete, Fire/safety clear
— Sanitation rounds conducted HDQ sprayed on all Door handles, rails, phones, Tables

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



| | | +/- | P | B |
|---|---|---|---|---|
| 6/8/2020 | 2nd watch D/O Espino Lt. Bonbore | | | |
| 1430 | D/O Espino on post 3-B Relieve D/O Jaramillo of All Duties, Equipment Exchange Radio #501 Cuffs #80 | | | |
| | Keys 4/9, pop #45 As Stated From previous D/O | | 45 | 45 |
| 0889 | Next Cell on Rotation 208 30 min 1440-1510 | | | |
| 1500 | Conducting Fire Safety Security check Spraying HDQ for Sanitation of unit. — RE. | | | |
| 1510 | Cell #207 30 min Rotation 1510-1540 — RE. — | | | |
| 1535 | Cell #206 on next Rotation 1535-1605 — RE. — | | | |
| 1538 | Fire Safety Security check Sanitation Spraying of HDQ on Surfaces, — RE. — | | | |
| 1545 | Marquez Covering D/O Espino for a 10/100 female in unit — | | | |
| 1605 | Next Rotation 205 1605-1635 Two Detainees — RE. | | | |
| 1610 | Fire Safety Security check Spraying HDQ — | | | |
| 1616 | Trey's #7 Den, #2 Cougar 35 Regular. | | | |
| 1640 | Rotation of Cells 204 1640-1710 — RE. | | | |
| 1715 | Rotation 203 1715-1745 | | | |
| 1733 | 3-Bravo Fed, missing 1 Kosher, 1 Veg Tray — RE — | | 45 | 45 |
| 1737 | Fire Safety Security check Sanitation Spraying HDQ — | | | |
| 1750 | Rotation as Follow 202 - 1750-1720 — RE. — | | | |
| 1800 | 3-B Still on Lock Down No issues At This Time. — | | | |
| 1801 | Marquez Covering Espino for code 7 female in unit | | | |
| 1820 | Prep for Count | | | |
| 1820 | Cell 202 back in from being out — | | | |
| 1830 | Begin Count — | | | |
| 1832 | Standing by for officer R. Espino to distribute the Kosher & veggies & PM Snacks — | | | |
| 1835 | Fire Safety Security check Spraying HDQ on Surface for Sanitation of 3-B. — RE — | | | |
| 1837 | Free photo Count clear 3B #45 | | 45 | 45 |
| 1905 | Rotation 201 - 1805-1835 — RE — | | | |
| 1935 | Announce Female in Dorm pill Call, — RE — | | | |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

WJ5B

Pg. 95

| | | | +/- | P | B |
|---|---|---|---|---|---|
| | WEDNESDAY 6-10-2020 | 2ND WATCH D/O A. GUTIERREZ LT. D, SGT | +/- | P | B |
| 46 47 | 1415 | D/O A. GUTIERREZ ON POST, RELIEVING D/O I. VAZQUEZ | | 46 | 47 |
| | \| | FROM DUTY. CUFFS # 60, CUFF KEY # 6, RADIO # 303, | | | |
| | | & DORM KEYS # 10 ON PERSON. —— AG | | | |
| | 1424 | SINCE INITIAL ENTRANCE, #101 HAS BEEN KICKING GLASS | | | |
| | \| | TO CELL DOOR REPEADIDLY. NOTIFIED BUBBLE TO | | | |
| | | NOTIFY AVAILABLE SGT. —— AG | | | |
| | 1425 | SECURITY PATROL, APPEARS CODE 4. HDQ SPRAYED. | | | |
| | \| | 101 STILL BANGING ON CELL WINDOW. —— AG | | | |
| | 1427 | MAIL CALL, FEMALE ANNOUNCED —— AG | | | |
| | 1437 | MAIL CALL CONCLUDED. —— AG | | | |
| | 1501 | SECURITY PATROL, APPEARS CODE 4. HDQ SPRAYED. | | | |
| | LE. | 1429 (+1) BACK FROM COURT: #101-1L H | H | 47 | 47 |
| | \| | SECURED HIM IN #105 FOR NOW, DUE TO 101'S | | | |
| | | AGGRESSIVE BEHAVIOR. —— AG | | | |
| | 1520 | SECURITY PATROL, APPEARS CODE 4. HDQ SPRAYED. | | | |
| | 1535 | OPENED CELLS # 210 & 208 FOR ACCESS TO SH- | | | |
| | \| | OWERS & DAY ROOM. —— AG | | | |
| | LE. | 1527 LT D. ANNOUNCE TO ALLOW DAY ROOM | | | |
| | \| | ACCESS FOR 30 MINS TO (2) DORMS AT A TIME. | | | |
| | 1605 | SECURED CELLS # 210 & 208, OPENED CELLS # 207 | | | |
| | \| | & 206 FOR DAYROOM & SHOWER ACCESS. —— AG | | | |
| | \| | SECURITY PATROL, APPEARS CODE 4. HDQ SPRAYED. AG | | | |
| | 1635 | SECURED CELLS # 207 & 206. UNLOCKED CELLS # 205 | | | |
| | \| | & 204. —— AG | | | |
| | 1649 | (-3) 207-2L, 205-1L, & 204-2L OUT TO KITCH- | -3 | 44 | 47 |
| | \| | EN. —— AG | | | |
| | LE. | 1635 SECURITY PATROL, APPEARS CODE 4. HDQ SPRAYED. | | | |
| | 1700 | SECURED CELLS # 205 & 204. ~~UNLOC~~ AG UNLOCKED C- | | | |
| | \| | ELLS # 203 & 105 TO ACCESS DAY ROOM —— AG | | | |
| | 1704 | RELIEVED FOR CODE 7. —— AG | | | |
| | 1706 | D/O Carodine on post relieving D/O A. Gutierrez | | | |
| | | for a Code 7 | | | |
| | 1710 | Food Trays enter Dorm | | | |
| | 1730 | Dayroom Closed for 203 + 105 | | | |
| | 1745 | D/O Caradine Off Post | | | |
| | 1745 | D/O A. GUTIERREZ BACK FROM CODE 7. —— AG | | | |
| | 1749 | OPENED DAY ROOM FOR CELLS # 201 & 202 —— AG | | | |
| | 1819 | SECURED CELLS # 201 & 202, GAVE ACCESS TO | | | |
| | \| | CELLS # 108 & 107. —— AG | | | |

6/8/20 1ST WATCH OFFICER OHASHI LT. BOURRE X= P/13
0700 D/O OHASHI ON POST RECEIVING — 43/43
D/O BERRIOS
0707 [illegible]
[illegible]
0705 D/O Aragon on post covering Code 7.
0710 START Time open 101 TO PAY Room 30 min.
0733 SECURITY CHECK COMPLETED TO
INCLUDE FIRE SAFETY INSPECTION
Applied SANITATION DISINFECTION ROUNDS.
0735 [illegible]
0740 10-98 completed 30 min 101
now open Dayroom TO Room 102
0747 D/O Aragon off post
L D/O OHASHI ON POST
0755 104[2C] TO COURT (E1) -1 42/43
0803 Sgt [illegible]
[illegible]
0810 SECURITY/SANITATION ROUNDS COMPLETE, HDQ
SPRAYED ON ALL SURFACES, ALL SECURE
L 102 SECURED 1/2 HOUR DAYROOM FOR 103
0826 "FEMALE PRESENT" NURSE HOLMES IN DORM
TO COLLECT MEDICAL GRIEVANCES
0838 (E1) [redacted] TO MEDICAL SATELLITE -1 41/43
0840 SECURITY/SANITATION CHECK COMPLETE, HDQ
SPRAYED ON ALL SURFACES, ALL SECURE
L 103 SECURED 1/2 HOUR DAYROOM FOR 104
0845 LVN BANKS IN FOR PILL CALL, "FEMALE
ANNOUNCED"
0903 [illegible] / Sgt [illegible] unannounced [illegible]
0910 SECURITY/SANITATION ROUNDS COMPLETE, HDQ
SPRAYED IN DORM, ALL SECURE
L 104 SECURED 1/2 HOUR DAYROOM FOR 105
0940 SECURITY/SANITATION ROUNDS COMPLETE, HDQ
SPRAYED ON ALL DORM SURFACES, ALL SECURE
L 105 SECURED 1/2 DAYROOM FOR 106
0950 (E1) [redacted] BACK FROM MEDICAL +1 42/43
0955 (E1) 104[2C] BACK FROM COURT +1 43/43
0959 (E1) 209[2C] TO INTAKE -1 42/43
1010 SECURITY/SANITATION ROUNDS COMPLETE
NEXT PAGE

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



| | | | | |
|---|---|---|---|---|
| 6-9-20 | 1st Watch D/O Guerra LT. Bowdre | | | |
| 0705 | 205 out 30min Day Room | +/ | P | B |
| 0719 | Sgt Thrasher Chenna | | | |
| | Area Vh | | | |
| 0720 | SGT. A. WALKER WALKED Past Round | | | |
| 0720 | D/O Manley ON POST FOR COOE? | | | |
| 0725 | FEMALE PRESENT (MAIL) | | | |
| 0735 | SECURITY FIRE SAFETY CHECK COMPLETE | | | |
| X | SANITIZED SURFACE AREAS WITH HDQ | | | |
| 746 | 2092L BACK FROM INTAKE | +1 | 42 | 42 |
| 0750 | FRANCO SPECTRUM ISF PICK up | | | |
| 0757 | -3 (1012U), (2011L), (101L) | -3 | 39 | 42 |
| 0804 | + [redacted] BACK FROM MED SAT | +1 | 40 | 42 |
| 0812 | +1 [redacted] BACK FROM MED SAT | +1 | 41 | 42 |
| 0812 | SECURITY FIRE SAFETY CHECK | | | |
| X | SANITIZED SURFACE AREAS | | | |
| 0815 | +1 [redacted] FROM MED SAT | +1 | 42 | 42 |
| 0828 | -(904 1L) TO COURT | -1 | 41 | 42 |
| 0831 | D/O Manley off post | | | |
| 0-831 | D/O Akabir on Post | | | |
| | for rest of the shift | | | |
| | on post with equipment | | | |
| | radio # 945, cuff #13 | | | |
| | and keys, 136,11 | | | |
| 0832 | Sgt Thrasher Chenna | | | |
| | Area Vh | | | |
| LE 0840 | Security / Sanitation check | | | |
| | complete all secure | | | |
| | HDQ sprayed in unit | | | |
| | Nurse bank enters, female | | | |
| | Present | | | |
| 09 06 | Nurse banks exits | | | |
| 0906 | Officer Rosyell on post relieving | | | |
| | officer Kabir for a restroom break | | | |
| 0909 | officer Rosyell off post | | | |
| | (2) to medical 102.2L | -2 | 39 | 42 |
| | 202.7L | | | |
| 0920 | Security / Sanitation Check | | | |
| | complete all secure | | | |
| | HDQ sprayed in unit | | | |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

186 W3C 2ND WATCH LT. Darman

| | | | |
|---|---|---|---|
| WED. 6.10.20 | | | |
| 1427 | OFC. RE Garcia On post To Relieve OFC ALDABA Of Duties Of this post with radio #304 Keys 4 W9, C.Key #7 and a base Of 54 DETAINEES ——— Ø | 54 | 54 |
| 1430 | Security fire, and Safety rounds Complete all Code 4 — Ø | 54 | 54 |
| 1438 | -2 To Attorney Visit ——— 105-1L Rivera # 1566 ——— 208-1U Jaimes # 1292 ——— Ø | -2 52 | 54 |
| 1500 | Security and HDQ Spray Complete all Secure ——— Ø | | |
| 1510 | +1 Back from Attorney visit 208.1U Jaimes # 1292 ——— Ø | +1 53 | 54 |
| 1518 | +1 Back from Attorney visits 105-1L Rivera #1566 ——— Ø | +1 54 | 54 |
| 1530 | Security Check and 2 cells out for 1/2 HR at a time Started with 101, 102, ——— Ø | 54 | 54 |
| 1600 | 101 & 102 Secured and 103, & 104 out, for use of Day Room ——— Ø | 54 | 54 |
| 1605 | Security and HDQ rounds Complete all Secure all code 4 Ø | 54 | 54 |
| 1614 | -1 out to Attorney Visit ——— 108-1U NILA #2151 ——— Ø | -1 53 | 54 |
| 1630 | 103 & 104 Secured 105 & 106 out for Dayroom Use ——— Ø | | |
| 1635 | Security and HDQ Spray Complete with no issues or concerns ——— Ø | 53 | 54 |
| 1700 | 105 & 106 Secured and 107 & 108 out for Dayroom Use ——— Ø | 53 53 | 54 54 |
| 1706 | Security and HDQ Spray Complete all Code 4 ——— Ø | 53 | 54 |
| 1750 | D/O Carodine on post relieving D/O RE Garcia for a Code 7 | | |
| 1820 | Dayroom Open for Cell 107 & 108 10mins | | |
| 1827 | D/O Carodine Off Post | | |

66

| | 3rd Watch W3D Lt. Ornelas | | | |
|---|---|---|---|---|
| Monday 06-08-2020 | D/O M. Ponce | +/- | P | B |
| 0315 | Count is clear. ——— mp. | / | 47 | 47 |
| 0342 | Security check complete fire/safety | | | |
| — | w/no issues to report, HDQ sprayed. mp. | | | |
| 0408 | Security check complete fire/safety | | | |
| — | w/no issues to report. ——— mp. | | | |
| 0440 | Security check complete fire/safety | | | |
| — | w/no issues to report, HDQ sprayed. mp. | | | |
| 0502 | Chow trays arrive in unit. mp. | | | |
| 0510 | All trays passed out to detainees. mp. | | | |
| 0517 | Security check complete fire/safety | | | |
| — | w/no issues to report, HDQ sprayed. mp. | | | |
| 0527 | D/O Quintero on post for Code 7 and | | | |
| / | D/W. ——— | | | |
| 0547 | Security check complete. No issues. | | | |
| / | HDQ Sprayed on all door handles, | | | |
| / | hand rails, phones, and table's. Mini | | | |
| / | rec area closed. ——— | | | |
| 0612 | D/O Quintero off post. ——— | | | |
| 0620 | Security check complete fire/safety | | | |
| — | w/no issues to report, HDQ sprayed | | | |
| — | Prepare for count. ——— mp. | | | |
| 0630 | 1-DFH tray and 2-Kosher dropped off mp | | | |
| — | handed out to 101 3/L-DFH, 205 1/L-Kosher | | | |
| — | 210 1/L-Kosher. ——— mp | | | |
| — | Commence count. ——— mp | | | |
| 0641 | Security check complete fire/safety | | | |
| — | w/no issues to report, HDQ Sprayed | | | |
| 0653 | count clear - ——— mp | / | 47 | 47 |
| 0712 | Rec Cartoons XBOX [illegible] and Cards [illegible] | | | |
| 0718 | Security check complete fire/safety | | | |
| — | w/no issues to report, HDQ sprayed. mp. | | | |
| 0730 | Dayroom open for cell 108 for 30 min. mp | | | |
| 0735 | code blue 5A. ——— mp. | | | |
| 0740 | code blue code 4 - 5A. ——— mp. | | | |
| 0741 | Walk [illegible] | | | |
| 0747 | D/O M. Ponce off post. ——— mp | | | |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

W3D



| 6-10-20 | 2nd WATCH D/O MONTOYA | +/- | P | B |
|---|---|---|---|---|
| 1500 | D/o Montoya on post to relieve D/o Thomas from all duties. Radio #302, cuff #61, cuff key #5 key #8 w/9 no issues. | | 52 | 52 |
| 1511 | Security Check Completed to include Fire + Safety no issues to report | | | |
| 1533 | Cell 101 + 102 Out for dayroom | | | |
| 1539 | D/O Caradine on post relieving D/O Montoya for a Code 7 | | | |
| 1606 | Cell 101 & 102 Dayroom Closed | | | |
| 1607 | Cell 103 & 104 Dayroom Open | | | |
| 1615 | D/O Caradine Off Post | | | |
| | D/o Montoya back on post | | | |
| 1624 | Security Check Completed to include Fire + Safety: HDQ was sprayed for sanitation on all handles, tables, phones | | | |
| 1637 | Cell 103 + 104 Closed dayroom | | | |
| 1639 | Cell 105 + 106 open for Dayroom | | | |
| 1647 | 101 2L, 207 2U To Kitchen | -2 | 50 | 52 |
| 1649 | (-2) Kitchen 101 2L, 207 2U | -2 | | |
| 1653 | Med Satellite in the unit | | | |
| 1710 | Cell 105 + 106 Dayroom closed | | | |
| 1711 | Cell 107 + 108 Dayroom Open | | | |
| 1718 | Security Check Completed w/ Fire + Safety. Sanitation w/ HDQ was sprayed on all phones handles, tables | | | |
| 1740 | Dinner trays delivered | | | |
| 1807 | Trays Completed | | | |
| 1743 | Cell 107 + 108 Dayroom Closed | | | |
| le 1744 | Cell 210 + 209 Dayroom Open | | | |
| 1815 | Cell 210 + 209 closed | | | |
| 1817 | Cell 208 + 207 Dayroom Open | | | |
| 1829 | D/o Montoya off post | | | |
| 1829 | C. GRIFFIN ON POST TO RELIEVE MONTOYA OF ALL DUTIES WITH EQUIPMENT RADIO # 1056, CUFF # W-C-10, KEY # 142 w/ 12, # 40 / 1 | | | |
| 1840 | PREP FOR COUNT | | | |
| 1841 | SECURITY CHECK COMPLETE, ALL IS SECURE | | | |
| 1850 | COMMENCE COUNT | | | |

# EXHIBIT 15

**From:** Regina Duran on behalf of Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 6:34 PM PDT
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

They are complying with face to photo count at this time.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 6:32 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Any updates on 3B, 3C, and 3D?

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 6:31 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Status remains the same.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 6:18 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Copy.

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 6:17 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Status on protest is the same.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

# EXHIBIT 16

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 6:47 PM PDT
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Thank you.

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 6:46 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Status remains the same. Count in progress.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 6:35 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Thank you keep me posted.

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 6:34 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

They are complying with face to photo count at this time.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 6:32 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Any updates on 3B, 3C, and 3D?

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 6:31 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Status remains the same.

**R.Duran**