# EXHIBIT 87

**From:** Regina Duran on behalf of Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 8:13 PM PDT
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Copy Sir, you are welcome and have a great night.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 8:08 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Thanks Regina, you can discontinue your updates to me. I appreciate all your help, well done.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 8:04:42 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

8 protesters remain across the street from West facility. At 1932 medical emergency in W3B and at 1942 in W5B medical emergency was called. W5B was code four at 1945 and currently standing by for W3B.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 7:23 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Copy

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 7:22 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

15 protesters left.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**

**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 7:21 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Happy to hear, thanks.

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 7:21 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

W3B, W3C and W3D all secured in their cells at 1919.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 7:19 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Copy sir, standby will get back to you.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 7:14 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Can you provide me a report on the number of protesters, has the number decreased?

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 7:13 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

1906 Cert entered W3B, W3C and W3D.

1910 W3D secured in their cells.
Cert still working on W3B and W3C.

Protest outside remains the same

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 6:53 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Copy

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 6:51 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

This is for W3B, W3C and W3D.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 6:51 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Sir, we have been advised that they want the detainees in their cells for count and they are refusing Cert will be in route to put all detainees in their cells.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 6:47 PM

**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Thank you.

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 6:46 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Status remains the same. Count in progress.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 6:35 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Thank you keep me posted.

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 6:34 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

They are complying with face to photo count at this time.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 6:32 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Any updates on 3B, 3C, and 3D?

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 6:31 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Status remains the same.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 6:18 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Copy.

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 6:17 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Status on protest is the same.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 6:12 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Sir, during the time of the incidents from outside the following occurred inside the facility.

| | |
|---|---|
| 1605 | West 3B, 3C and 3D officers were removed from the dorms per the watch |
| ///////////////////////////// | commanders for officer safety. |
| 1610 | W2D refused to return to their cells and Cert was requested after multiple conflict |
| ////////////////////////////////// | avoidance attempts by Facility Captain, Chief of Security and Assistant Facility |
| ////////////////////////////////// | Administrator. Non-lethal pepper balls were utilized to gain compliance by Cert. |
| 1624 | Approximately a total of 9 vehicles and approximately 15 protesters are across the West |
| | Facility in the field. |
| 1633 | The Cert team entered west housing unit 3. All detainees remain sitting on the floor |
| ///////////////////////////////// | not complying to orders. |
| 1645 | 35-40 protesters on site across the street |

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 5:47 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Copy.

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 5:45 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Status remains the same.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 5:32 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Status remains the same.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 5:15 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Approximately 50 protesters across the street with signs.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Regina Duran <rduran@geogroup.com>

**Sent:** Friday, June 12, 2020 5:00 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Status remains the same all secure.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 4:50 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Approximately a total of 35-40 protesters are across the street from the West facility.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 4:46 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Copy.

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 4:45 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Status remains the same all secure.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 4:36 PM
**To:** Regina Duran <rduran@geogroup.com>

**Subject:** Re: Command Center

Copy

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 4:33 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

at 1624 there are approximately 9 vehicles and 15 protesters across the street from the West facility.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 4:19 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Copy

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 4:19 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Status remains the same.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 4:04 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Copy

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 4:03 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

3 vehicles  arrive parked across the facility setting up a table with waters.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 3:52 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Copy.

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 3:52 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Facility safe and secure.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Paul Laird <plaird@geogroup.com>
**Sent:** Friday, June 12, 2020 3:37 PM
**To:** Regina Duran <rduran@geogroup.com>
**Subject:** Re: Command Center

Copy

---

**From:** Regina Duran <rduran@geogroup.com>
**Sent:** Friday, June 12, 2020 3:36 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Re: Command Center

Facility safe and secure.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

---

**From:** Regina Duran
**Sent:** Friday, June 12, 2020 3:19 PM
**To:** Paul Laird <plaird@geogroup.com>
**Subject:** Command Center

Facility safe and secure no disturbances at this time.

**R.Duran**
**Captain, Secure Services**

**Geo Group Inc,**
**10250 Rancho Road**
**Adelanto Ca, 92301**

**(760)561-6100 Ext 2425**

rduran@geogroup.com
www.geogroup.com

EXHIBIT 90

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

200 WBC G. Guzman

6.12.20 2nd Watch D/O E. Jackson

| | | TL | P | B |
|---|---|---|---|---|
| 1430 | D/O E. Jackson on post to relieve D/O Loud of all post duties & responsibilities. No equipment exchanged. On post w/ radio # 305, cuffs #62 & Keys # 4 w/ 9 & 7 w/ all in working order. | ø | 50 | |
| 1445 | Fire safety security & HDQ Sanitation complete | | | |
| 1454 | (+2) back from Atty visit 210 & 204 | +2 | 52 | |
| 1510 | Fire safety security & HDQ Sanitation complete | | | |
| 1518 | Lt. D & Sgt. Ortiz enters to talk to D/T's | | | |
| 1530 | Lt. D & Sgt. Ortiz exits unit | | | |
| 1543 | (+1) 105 from Atty visit | +1 | 53 | |
| 1540 | Fire safety security & HDQ sanitation complete | | | |
| 1605 | D/O Guzman here to give A code 7 | | | |
| 2020 | D/O Guzman here to give 10/100 break | | | |
| 2050 | D/O E. Jackson back on post | | | |
| 2046 | Face to photo count clear | ø | 54 | |
| 2056 | LVN Warrington enters for pill pass | | | |
| 2100 | (+4) from medical | | | |
| 2111 | pill pass complete. No issues. Fire safety security check complete | | | |
| 2140 | Swept up aftermath of pepper balls visual security check complete due to cleaning dorm | | | |
| 2148 | CERT enters to start decontamination | | | |
| 2136 | (-2) to medical 108 & 108 | -2 | 54 | |
| 2232 | (+2) back from medical 108 & 108 | | | |

# EXHIBIT 93

**From:** James Janecka[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5A4CD28AE1484C57873CA0C36CDDE007-JAMES JANEC]
**Sent:** Mon 6/22/2020 1:47:59 PM (UTC-07:00)
**To:** Joanne Crowder[jcrowder@geogroup.com]
**Subject:** Fw: Torres Questions

FYI

**JAMES JANECKA**
FACILITY ADMINISTRATOR, GEO SECURE SERVICES

**The GEO Group, Inc.®**
**ADELANTO ICE PROCESSING CENTER**
10400 Rancho Road
Adelanto, CA 92301

Tel: 760 561 6100 Fax: 760 561 6195

jjanecka@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

---

**From:** James Janecka <jjanecka@geogroup.com>
**Sent:** Tuesday, June 16, 2020 3:09 PM
**To:** Valdez, Gabriel A <Gabriel.A.Valdez@ice.dhs.gov>; Joshua Johnson <josjohnson@geogroup.com>; Joanne Crowder <jcrowder@geogroup.com>
**Cc:** SANCHEZ, JESSICA <JESSICA.SANCHEZ@ice.dhs.gov>
**Subject:** Re: Torres Questions

June 7th, the phones were turned off at approximately 5:15 p.m. and were reactivated June 9th at approximately 11:30 a.m.

June 12th the phones were turned off at approximately 10:30 a.m. and remained off until June 15th at approximately 0815 for the living areas below. The others below remained off until this morning.

jaj

**JAMES JANECKA**
FACILITY ADMINISTRATOR, GEO SECURE SERVICES

**The GEO Group, Inc.®**
**ADELANTO ICE PROCESSING CENTER**
10400 Rancho Road
Adelanto, CA 92301

Tel: 760 561 6100 Fax: 760 561 6195

jjanecka@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

---

**From:** Valdez, Gabriel A <Gabriel.A.Valdez@ice.dhs.gov>
**Sent:** Tuesday, June 16, 2020 2:40 PM
**To:** James Janecka <jjanecka@geogroup.com>; Joshua Johnson <josjohnson@geogroup.com>; Joanne Crowder <jcrowder@geogroup.com>
**Cc:** SANCHEZ, JESSICA <JESSICA.SANCHEZ@ice.dhs.gov>
**Subject:** [EXTERNAL] RE: Torres Questions

Jim,
This response does not contain any data for June 7 to June 12. Were phones shut off at any time on June 7? If so, when were they returned to normal service? Also, were phone shut off on June 12 and then returned to normal service on June 15 per the details below?

Current response -

**Yes. Phones for all of East, West RHU, West Housing Units 4 & 5 and 2B, 2C and 3A were turned on at approximately 8:15 a.m. on 06/15/2020. West Housing Units 2A, 2D, 3B, 3C, and 3D were turned on at approximately 9:00 a.m. on 06/16/2020.**

Also, for this response, you address the June 12-15 period but not the June 7-12 period.

- Can you confirm whether there was/is a lockdown at Adelanto? **Yes** If so, for how long was/has there been a lockdown? **2.5 days for approximately half the population. Continues for approximately the other half of the population.** Why was/is the lockdown necessary? **Protest 06/12/2020 and detainee resistance.**

Gabriel Valdez
Officer In Charge
Adelanto ICE Processing Center
Los Angeles Field Office

---

**From:** James Janecka <jjanecka@geogroup.com>
**Date:** Tuesday, Jun 16, 2020, 10:11 AM
**To:** Valdez, Gabriel A <Gabriel.A.Valdez@ice.dhs.gov>, Joshua Johnson <josjohnson@geogroup.com>, Joanne Crowder <jcrowder@geogroup.com>
**Cc:** SANCHEZ, JESSICA <JESSICA.SANCHEZ@ice.dhs.gov>
**Subject:** Re: Torres Questions

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Some of the responses are below.

**JAMES JANECKA**
FACILITY ADMINISTRATOR, GEO SECURE SERVICES

**The GEO Group, Inc.®**
**ADELANTO ICE PROCESSING CENTER**
10400 Rancho Road
Adelanto, CA 92301

Tel: 760 561 6100 Fax: 760 561 6195

jjanecka@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

---

**From:** Valdez, Gabriel A <Gabriel.A.Valdez@ice.dhs.gov>
**Sent:** Tuesday, June 16, 2020 8:17 AM
**To:** James Janecka <jjanecka@geogroup.com>; Joshua Johnson <josjohnson@geogroup.com>; Joanne Crowder <jcrowder@geogroup.com>

**Cc:** SANCHEZ, JESSICA <JESSICA.SANCHEZ@ice.dhs.gov>
**Subject:** [EXTERNAL] RE: Torres Questions

I will need to wait for Josh's response but some of the answers below will be problematic if submitted in the current form.
The phone shut off question referenced in the questions below is for June 7-9. I'm sure the questions will extend to the current date so we should collect this information. Date and time (June 7 to present) phones were shut off, remained off, restored to service, shut off again due to June 12 and June 14 planned protests. Has phone service been restored to all housing units? **Yes. Phones for all of East, West RHU, West Housing Units 4 & 5 and 2B, 2C and 3A were turned on at approximately 8:15 a.m. on 06/15/2020. West Housing Units 2A, 2D, 3B, 3C, and 3D were turned on at approximately 9:00 a.m. on 06/16/2020.** If so, date and time restored to all units. If varied, we will need details for the date and time phone service was restored to each housing unit. If not all, how many units and detainees still don't have phone service or access?

If the photo would be of the same posting that was provided as an attachment in the original email in this string then a photo is not needed. If there is an additional poster with pro bono attorney information then we should provide a photo.

The 24 hour requirement for scheduling private calls is a federal court order. The judge did not allow for weekends off.

Gabriel Valdez
Officer In Charge
Adelanto ICE Processing Center
Los Angeles Field Office

---

**From:** James Janecka <jjanecka@geogroup.com>
**Date:** Tuesday, Jun 16, 2020, 7:39 AM
**To:** Valdez, Gabriel A <Gabriel.A.Valdez@ice.dhs.gov>, Joshua Johnson <josjohnson@geogroup.com>, Joanne Crowder <jcrowder@geogroup.com>
**Cc:** SANCHEZ, JESSICA <JESSICA.SANCHEZ@ice.dhs.gov>
**Subject:** Re: Torres Questions

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Responses below.

**JAMES JANECKA**
FACILITY ADMINISTRATOR, GEO SECURE SERVICES

**The GEO Group, Inc.®**
**ADELANTO ICE PROCESSING CENTER**
10400 Rancho Road
Adelanto, CA 92301

Tel: 760 561 6100 Fax: 760 561 6195

jjanecka@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

---

**From:** Valdez, Gabriel A <Gabriel.A.Valdez@ice.dhs.gov>
**Sent:** Tuesday, June 16, 2020 7:15 AM
**To:** James Janecka <jjanecka@geogroup.com>; Joshua Johnson <josjohnson@geogroup.com>; Joanne Crowder <jcrowder@geogroup.com>
**Cc:** SANCHEZ, JESSICA <JESSICA.SANCHEZ@ice.dhs.gov>
**Subject:** [EXTERNAL] FW: Torres Questions

Jim,
Can you please have someone provide feedback and responses to the questions below.

Thanks,

Gabriel Valdez
Officer In Charge
Adelanto ICE Processing Center
Los Angeles Field Office

[redacted]

[redacted]

[redacted]

# EXHIBIT 98

**From:** Joshua Johnson
**Sent:** Saturday, June 27, 2020 12:13 PM PDT
**To:** James Janecka <jjanecka@geogroup.com>
**Subject:** news

Civil rights advocates are pressing authorities to explain why a recent protest at the Adelanto ICE Processing Center prompted a two-day lockdown of the facility that sparked a skirmish between guards and more than 150 detainees, resulting in four injuries.

The GEO Group, which operates the private, for-profit prison for the U.S. Immigration and Customs Enforcement, has the authority to impose lockdowns in response to any credible threat to help ensure the safety and well-being of those within the facility, said a spokesman for ICE.

Such threats include an increase in violence within or around the facility, escalation of detainee tension and agitation, or anticipation of a significant increase in violence or disorder. The lockdown, ICE spokesman Alexx Pons said in an email, was in effect from June 12-14 in response to a planned detainee protest at the facility, one of the largest immigration detention centers in the United States.

Melissa Flores, a spokeswoman for Al Otro Lado, an immigration legal aid advocacy nonprofit that represents one of the detainees injured during the fracas, said the prisoners were engaging in a peaceful protest inside the center because all forms of communication — telephone, television and newspapers — had been suspended and they were forced to remain in their cells 23 hours a day during the lockdown.

She said detainees had not been able to communicate with their attorneys or families since another lockdown at the center on June 7, prompted by a protest outside the center that turned violent.

### Peaceful protest turns violent

According to the San Bernardino County Sheriff's Department, the June 7 protest began with a march of about 300 protesters from Highway 395 at Rancho Road to the detention center. At about 3:45 p.m., some protesters became violent and vandalized the building and cars parked outside with rocks and spray paint, prompting deputies from every High Desert station to respond.

One protester stuffed a rag into the gas tank of a vehicle and was about to set it on fire, but deputies thwarted him by firing rubber projectiles, striking the man and forcing him to run back into the crowd of protesters to hide from deputies, according to a sheriff's press release.

An employee at the detention center was struck by a rock hurled through a window, but did not require medical attention. Deputies received reports that protesters were attempting to breach the building, so they formed a line in front of it and faced off with protesters, some of whom were hurling rocks and bottles at sheriff's vehicles, according to the Sheriff's Department.

After two hours, deputies managed to disperse the crowd. The melee resulted in vandalism to 36 vehicles, including three sheriff's vehicles, and six broken windows at the detention center. Additionally, an Anaheim woman was arrested, according to deputies.

### Detainee protest

Pons said staff initiated the second lockdown when it became privy to the planned June 12 protest via postings on social media. That's when pandemonium erupted.

"(Detainees) became disruptive and refused multiple directives from facility staff" to return to their cells, necessitating the use of pepper spray and non-lethal rubber pellet guns to subdue them, Pons said

"Detainees ultimately complied and returned to their rooms, and facility staff were able to restore order and prevent further risk of injury to both detainees and staff," Pons said. Medical staff assisted in the decontamination of housing units and provided prisoner examinations, he said.

"Four detainees were transferred to a nearby medical facility and were evaluated, treated and returned to Adelanto without requiring admission," Pons said.

### Prisoners punished

Civil rights attorney Rachel Steinback said in an email that she is concerned by reports that GEO Group guards

deployed pepper spray against detainees and shot pepper balls and rubber bullets at them and then forced them to remain in their cells, “without access to showers or decontamination, in some cases up to 48 hours.”

Pons said detainees continue to have access to showers, restrooms, the day room, law library, and outdoor recreation areas. Additionally, he said, “Telephones remain operable and Adelanto has increased the overall availability of communication time for detainees given the current social restrictions.’

## Attorneys consider suing

In a letter dated Friday, June 19, to Warden James Janecka, Steinback demanded that all evidence of the June 12 incident, as well as other alleged use-of-force incidents dating back to May 20 — documents, surveillance video and other electronically stored information — be preserved as evidence for a possible civil lawsuit.

Melissa Flores, with Al Otro Lado, said her organization also is considering litigation.

Steinback alleges that a disinfecting agent used to clean the facility and cells due to the coronavirus pandemic — a chemical called HDQ Neutral — is having an adverse impact on prisoners, causing “serious injuries, ranging from nose bleeds, burning eyes, blisters and migraines to respiratory issues and, in some cases, hospitalization,” according to her letter.

“Detainees who have complained about the chemicals and who have refused — on health and safety grounds — to go into their noxiously-fumed cells are being pepper sprayed by GEO Group staff and shot at with rubber bullets until they ‘comply,’ ” Steinback said in her letter.

Pons said ICE stands by its commitment to maintaining the highest facility standards of cleanliness and sanitation. He said “disinfectant formulations” used at Adelanto are compliant with detention standards, registered by the Environmental Protection Agency, and are used according to manufacture instructions for routine cleaning and maintenance of the facility.

“Moreover, our staff follow recommendations outlined by the Centers for Disease Control and Prevention (CDC) for cleaning and disinfecting practices,” Pons said. “Any assertion or claim to the contrary is nothing more than a false ongoing disinformation campaign against the agency.”

**Joshua Johnson**
Assistant Facility Administrator Security, GEO SECURE SERVICES

**The GEO Group, Inc. ®**
**Adelanto ICE Processing Center**
10400 Rancho Rd. (East)
10250 Rancho Rd. (West)
Adelanto, CA 92301

Tel: 760-561-6100 ext 2104 • Fax: 760-246-0510
Mobile: 303-304-9400

josjohnson@geogroup.com
www.geogroup.com

# EXHIBIT 99

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

# MONTHLY $H_2O$ TEMP TESTS WEST

| | Temperature |
|---|---|
| **HOUSING 1:** | |
| Segregation | 108 |
| Janitor | 110 |
| | |
| **HOUSING 2:** | |
| H2A | 107 |
| H2B | 103 |
| H2C | 106 |
| H2D | 108 |
| Staff Bathroom | 102 |
| Processing Center | |
| **HOUSING 3:** | |
| H3A | 112 |
| H3B | 113 |
| H3C | 110 |
| H3D | 109 |
| Staff Bathroom | 105 |
| | |
| **HOUSING 4:** | |
| H4A | 112 |
| H4B | 110 |
| H4C | 112 |
| H4D | 113 |
| Staff Bathroom | 108 |
| | |
| **HOUSING 5:** | |
| H5A | 105 |
| H5B | 107 |
| H5C | 108 |
| H5D | 108 |
| Staff Bathroom | 104 |
| | |
| **MEDICAL:** | |
| Holding | 111 |
| Lab | 108 |
| Bathroom | 106 |
| Pharmacy | 110 |
| Break Room | 112 |
| **Dental:** | |
| Exam | 115 |
| Lab | 112 |
| **HOLDING TANK:** | |
| RM #252 | 110 |
| RM #250 | 107 |
| RM #249 | 108 |

| | Temperature |
|---|---|
| **CENTRAL CONTROL:** | |
| Staff Bathroom | 109 |
| **VISITATION:** | |
| Mens | 103 |
| Womens | 101 |
| **HALLWAY:** | |
| Janitor Closet | 112 |
| **ICE:** | |
| Mens | 102 |
| Womens | 103 |
| Break Room | 107 |
| Janitor Closet | 104 |
| **Intake:** | |
| Staff Bathroom | 106 |
| Janitor Closet | 108 |
| Holding Rm-321 | 103 |
| Holding Rm-320 | 108 |
| Holding Rm-319 | 105 |
| Holding Rm-318 | 105 |
| Holding Rm-305 | 104 |
| Holding Rm-306 | 103 |
| Holding Rm-307 | 101 |
| Shower 1 | 104 |
| Shower 2 | 102 |
| Shower 3 | 105 |
| Shower 4 | 104 |
| Shower 5 | 103 |
| Shower 6 | 101 |
| Exam Rm-316 | 104 |
| Exam Rm-317 | 106 |
| **REMOVAL:** | |
| Sink | 110 |
| Staff Bathroom | 108 |
| **TRANSPORTATION:** | |
| Break Room | 107 |
| Staff Bathroom | 109 |
| **REC/TOOL CONTROL:** | |
| Staff Bathroom | 110 |
| **FRONT LOBBY:** | |
| Mens | 107 |
| Womens | 108 |
| **MAINTENANCE:** | |
| Janitor Closet | 118 |
| Staff Bathroom | 116 |

| | Temperature |
|---|---|
| **KITCHEN:** | |
| Sink next to Office | 116 |
| Sink 1, 2, & 3 | 115 |
| Prep Area Sink #1 | 117 |
| Prep Area Sink #2 | 117 |
| Sink by Kettles | 114 |
| Sink/Dishwasher | 115 |
| Detainee Bathroom | 116 |
| Janitor Closet | 112 |
| Sink next to Ovens | 114 |
| Staff Dining Area R/R | 118 |
| Staff Dining Area/Sink | 117 |
| Staff Bathroom | 113 |
| **MEDICAL:** | |
| Janitor Closet | 112 |
| Exam Rm-516 | 107 |
| Exam Rm-510 | 109 |
| Exam Rm-508 | 112 |
| Exam Rm-506 | 113 |
| Exam Rm-504 | 108 |
| Nurse's Station | 111 |
| Med Rm-513 | 110 |
| Pantry Rm-514 | 110 |
| Med Observe Rm-556 | 112 |
| Med Observe Rm-553 | 114 |
| Med Observe Rm-551 | 113 |
| Med Observe Rm-550 | 112 |
| Med Observe Rm-549 | 115 |
| Med Observe Rm-547 | 111 |
| Med Observe Rm-545 | 110 |
| Med Observe Rm-543 | 112 |
| Med Observe Rm-539 | 113 |
| Med Observe Rm-537 | 109 |
| Med Observe Station | 110 |
| **GEO ADMIN:** | |
| Mens | 105 |
| Womens | 107 |
| Breakroom | 102 |
| Janitor Closet | 104 |
| **OPLA:** | |
| Mens | 103 |
| Womens | 102 |
| Dining | 104 |
| Janitor Closet | 101 |
| **LAUNDRY:** | |
| Bathroom | 106 |
| Sink | 108 |
| Janitor Closet | 105 |

Date: 6·15·20

Inspected By: [signature]

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

# MONTHLY $H_2O$ TEMP TESTS WEST

| | Temperature |
|---|---|
| **HOUSING 1:** | |
| Segregation | 104 |
| Janitor | 104 |
| | |
| **HOUSING 2:** | |
| H2A | 103 |
| H2B | 105 |
| H2C | 103 |
| H2D | 104 |
| Staff Bathroom | 102 |
| Processing Center | |
| **HOUSING 3:** | |
| H3A | 105 |
| H3B | 106 |
| H3C | 108 |
| H3D | 107 |
| Staff Bathroom | 102 |
| | |
| **HOUSING 4:** | |
| H4A | 106 |
| H4B | 106 |
| H4C | 104 |
| H4D | 102 |
| Staff Bathroom | 103 |
| | |
| **HOUSING 5:** | |
| H5A | 103 |
| H5B | 107 |
| H5C | 107 |
| H5D | 105 |
| Staff Bathroom | 101 |
| | |
| **MEDICAL:** | |
| Holding | 109 |
| Lab | 106 |
| Bathroom | 110 |
| Pharmacy | 113 |
| Break Room | 111 |
| **Dental:** | |
| Exam | 113 |
| Lab | 110 |
| **HOLDING TANK:** | |
| RM #252 | 104 |
| RM #250 | 105 |
| RM #249 | 103 |

| | Temperature |
|---|---|
| **CENTRAL CONTROL:** | |
| Staff Bathroom | 101 |
| **VISITATION:** | |
| Mens | 103 |
| Womens | 102 |
| **HALLWAY:** | |
| Janitor Closet | 110 |
| **ICE:** | |
| Mens | 103 |
| Womens | 104 |
| Break Room | 105 |
| Janitor Closet | 102 |
| **Intake:** | |
| Staff Bathroom | 102 |
| Janitor Closet | 109 |
| Holding Rm-321 | 104 |
| Holding Rm-320 | 106 |
| Holding Rm-319 | 107 |
| Holding Rm-318 | 104 |
| Holding Rm-305 | 105 |
| Holding Rm-306 | 105 |
| Holding Rm-307 | 103 |
| Shower 1 | 104 |
| Shower 2 | 107 |
| Shower 3 | 107 |
| Shower 4 | 104 |
| Shower 5 | 106 |
| Shower 6 | 102 |
| Exam Rm-316 | 105 |
| Exam Rm-317 | 104 |
| **REMOVAL:** | |
| Sink | 108 |
| Staff Bathroom | 105 |
| **TRANSPORTATION:** | |
| Break Room | 110 |
| Staff Bathroom | 108 |
| **REC/TOOL CONTROL:** | |
| Staff Bathroom | 107 |
| **FRONT LOBBY:** | |
| Mens | 102 |
| Womens | 101 |
| **MAINTENANCE:** | |
| Janitor Closet | 112 |
| Staff Bathroom | 113 |

| | Temperature |
|---|---|
| **KITCHEN:** | |
| Sink next to Office | 117 |
| Sink 1, 2, & 3 | 115 |
| Prep Area Sink #1 | 114 |
| Prep Area Sink #2 | 115 |
| Sink by Kettles | 118 |
| Sink/Dishwasher | 116 |
| Detainee Bathroom | 112 |
| Janitor Closet | 113 |
| Sink next to Ovens | 116 |
| Staff Dining Area R/R | 114 |
| Staff Dining Area/Sink | 115 |
| Staff Bathroom | 113 |
| **MEDICAL:** | |
| Janitor Closet | 110 |
| Exam Rm-516 | 113 |
| Exam Rm-510 | 114 |
| Exam Rm-508 | 110 |
| Exam Rm-506 | 112 |
| Exam Rm-504 | 108 |
| Nurse's Station | 113 |
| Med Rm-513 | 114 |
| Pantry Rm-514 | 110 |
| Med Observe Rm-556 | 112 |
| Med Observe Rm-553 | 115 |
| Med Observe Rm-551 | 115 |
| Med Observe Rm-550 | 112 |
| Med Observe Rm-549 | 109 |
| Med Observe Rm-547 | 110 |
| Med Observe Rm-545 | 109 |
| Med Observe Rm-543 | 112 |
| Med Observe Rm-539 | 108 |
| Med Observe Rm-537 | 109 |
| Med Observe Station | 110 |
| **GEO ADMIN:** | |
| Mens | 101 |
| Womens | 103 |
| Breakroom | 105 |
| Janitor Closet | 107 |
| **OPLA:** | |
| Mens | 104 |
| Womens | 104 |
| Dining | 105 |
| Janitor Closet | 101 |
| **LAUNDRY:** | |
| Bathroom | 112 |
| Sink | 111 |
| Janitor Closet | 109 |

Date: 7-19-20

Inspected By: [signature]