# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,

        Plaintiffs,

    v.

The GEO Group, Inc., et al,

        Defendant.

CASE NO. 2:22-cv-04014-JGB-ACCV

[Hon. Judge Jesus G. Bernal]

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS DUE TO SPOLIATION AND ADVERSE JURY INSTRUCTION**

Judge:    Hon. Jesus Bernal
Date:     August 31, 2026
Time:    11:00 a.m.
Ctrm:    1

Based on the briefings on this issue, and for good cause shown, Plaintiffs' MOTION FOR SANCTIONS DUE TO SPOLIATION AND ADVERSE JURY INSTRUCTION IS HEREBY GRANTED, as follows:

1.    The jury instructions shall contain the following instruction:

There was handheld camera footage of the incident in Unit 3B where Plaintiffs were pepper-sprayed and pepper balls were fired. This footage included sound, which the other videos of that unit does not have, which would have assisted you in determining when pepper balls and pepper spray was fired and what the officers said. Defendant Geo Group failed to preserve this footage for Plaintiffs' use in this litigation after its duty to preserve it arose. You may assume that this footage showed detainees sitting peacefully in the unit as the officers entered and shot pepper balls and pepper spray at the detainees without giving any warnings that they would fire, and without giving people time to return to their cells. You may further assume that the footage would have tended to corroborate Plaintiffs' evidence and to undermine any contrary evidence.  Whether this information is important to you in reaching your verdict is for you to decide.

2.    Defendant is precluded from arguing that Unit 3B was not saturated, that additional warnings were given when the officers entered, and that they gave people additional time to return to their cells after they entered.

IT IS SO ORDERED.

Dated:_____, 2026

_____
Honorable Jesus G. Bernal
*United States District Judge*

1