**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

The GEO Group, Inc., et al,

Defendant.

CASE NO. 2:22-cv-04014-JGB-SHK

**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL (DKT. 200)**

GOOD CAUSE APPEARING, based on the joint stipulation of the parties, the hearing date for Plaintiffs' Motion to Compel (Dkt. 200) is continued to September 21, 2026 at 9:00 a.m.

IT IS SO ORDERED.

Dated: August 24, 2026

Hon. Jesus G. Bernal
United States District Judge