**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>The GEO Group, Inc., et al,<br>Defendant. | CASE NO. 2:22-cv-04014-JGB-SHK<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE AND DEFENDANTS' MOTION FOR CLASS DECERTIFICATION** |

GOOD CAUSE APPEARING, based on the joint stipulation of the parties, the hearing dates for Plaintiffs' Motion for Approval of Class Notice (Dkt. 166) and Defendants' Motion for Decertification of the Class (Dkt. 183) are continued to September 21, 2026, at 9:00 a.m.

Regarding the briefing schedule for Defendants' Motion for Decertification, Plaintiffs' Opposition brief will be due on August 28, 2026, Defendant's Reply brief will be due on September 4, 2026.

IT IS SO ORDERED.

Dated: August 24, 2026

Hon. Jesus G. Bernal
United States District Judge