# EXHIBIT D

# <u>REQUEST FOR EXCLUSION FORM (OPT-OUT FORM)</u>

*Gonzalez v. GEO*

Case No. LA CV 22-04014-JGB- (ACCVx)

## DO NOT COMPLETE THIS FORM IF YOU <u>WANT</u> TO REMAIN IN THE LAWSUIT AS A CLASS MEMBER

**If you do not want to participate in this lawsuit,** you may "opt out" of the lawsuit. If you opt out of this lawsuit, you will have no right to participate in any benefit if the plaintiffs win at trial or settle the case; you also will not be bound by any judgment in this matter.

ILYM ID: <<ILYMID>>
<<Name>>
<<Address>>
<<City>> <<State>> <<Zip>>

Name/Address Changes, if any:

______________________________________________

______________________________________________

______________________________________________

To opt out, you must sign and return this Request for Exclusion Form, postmarked **on or before ____________,** to the Claims Adminstrator at:

Gonzalez v. GEO
c/o ILYM Group
P.O. Box 2031
Tustin, CA 92781-9937

By signing this Request for Exclusion Form, I hereby opt out of this lawsuit. I understand that I will have no right to receive any money if Plaintiffs win at trial or negotiate a settlement. I understand that I may have the right to file my own legal case, but I must file it within the statute of limitations (and that I should file it within 2 days of opting out of this lawsuit).

Dated: ___________________________ ______________________________________________
Signature