# EXHIBIT E

# A Court Has Authorized This Notice of Lawsuit Against The GEO Group.

***If you were housed at Adelanto Detention Facility in Units 3B, 3C or 3D on June 12, 2020, the certification of the Class Action Lawsuit Gonzalez v. GEO, Case No. LA CV 22-04014-JGB may affect your rights.***

**For complete information, visit www.TheGeoGroupclassactionlawsuit.com or call 1 (888) 250-6810.**

You are not being sued. This is not a solicitation from a lawyer. This Email Notice was authorized by U.S. District Court for the Central District of California.

**You received this email notice because you may be a member of the group of people affected, called the "class." This notice tells you how to get more information.**

## What is the lawsuit about?

In 2022, a class action lawsuit was filed against The GEO Group related to a force incident at Adelanto Detention Facility that occurred on June 12, 2020. The lawsuit was brought on behalf of immigration detainees who were exposed to pepper balls or pepper spray and/or were placed on lockdown continually for some period of time following the June 12, 2020, incident. The lawsuit claims that GEO is responsible for: (1) battery, (2) assault, (3) negligent hiring, training, and supervision, (4) negligence and failure to provide medical care, (5) interference of civil rights in violation of the Cal. Civil Code § 52.1.

The GEO Group denies they did anything wrong. The lawsuit is called ***Gonzalez v. GEO*****, Case No. LA CV 22-04014-JGB**, and is pending in the U.S. District Court for the Central District of California.

## Your options:

**Option 1**: Do nothing and be a part of the case.

More about Option 1: If you stay in the case, your rights will be affected by the outcome. After the case concludes, you won't be able to start, continue, or be part of any other lawsuit against GEO Group about the issues in this case. If the plaintiffs win or settle the lawsuit, you and all other class members may be entitled to payment.

**Option 2:** Leave the case (also called "opting out").

More about Option 2: Submit an Opt Out form to leave the case. Get no payment if the case settles but keep the right to sue [defendant] about the same issues. You can find an Opt Out form and more information on how to submit one at www.TheGeoGroupclassactionlawsuit.com.

**For complete information, visit www.TheGeoGroupclassactionlawsuit.com or call 1 (888) 250-6810.**

TEXT/SOCIAL MEDIA NOTICE:

**NOTICE AUTHORIZED BY UNITED STATES DISTRICT COURT: A lawsuit has been brought against The GEO Group.** You received this notice because you may be a member of the group of people affected, called the "class", regarding a class action lawsuit, *Gonzalez v. GEO Group*, 22-cv-04014-JGB, brought on behalf of people who were housed in Adelanto Detention Facility in housing units 3B, 3C, and 3D and who were (1) subjected to the use of area saturation with pepper balls or pepper spray on June 12, 2020 and/or (2) were placed on lockdown continually for some period of time after June 12, 2020. For information about this lawsuit, and to learn your options, please review the notice at: www.TheGeoGroupclassactionlawsuit.com