**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

The GEO Group, Inc., et al,

Defendant.

CASE NO. 2:22-cv-04014-JGB-ACCV

[Hon. Judge Jesus G. Bernal]

**[PROPOSED] ORDER GRANTING PLAINTIFFS' RE-FILED MOTION FOR APPROVAL OF CLASS NOTICE**

GOOD CAUSE APPEARING, Plaintiffs' Re-Filed Motion for Approval of Class Notice is hereby GRANTED, as follows:

1. The Court approves the notice prepared by counsel.
2. The Court approves ILYM Group as the class administrator for the purpose of providing notice to the class.
3. The Court approves the notice plan proposed by Class Counsel and reflected in ILYM's notice proposal.

Notice shall be provided to the class by ________________.

IT IS SO ORDERED.

Dated:_______________, 2026

_______________________________
Honorable Jesus G. Bernal
*United States District Judge*