Catherine Sweetser (SBN 271142)
**UCLA LAW CLINICS**
385 Charles E Young Drive
East Los Angeles, CA 90095
Email(s): csweetser@sshhzlaw.com

Paul Hoffman (SBN 071244)
John Washington (SBN 315991)
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
200 Pier Avenue, #226
Hermosa Beach, CA 90245
Telephone: (310) 396-0731
Email(s): hoffpaul@aol.com
jwashington@sshhzlaw.com

Barrett S. Litt (SBN 45527)
Lindsay Battles (SBN 262862)
**McLANE, BEDNARSKI & LITT, LLP**
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Email(s): blitt@mbllegal.com
lbattles@mbllegal.com

*Attorneys for Plaintiffs, Hugo Gonzalez, Jose Baca, Erick Lopez, Mario Manjarrez, and Ricardo Sandoval Guadarrama*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

The GEO Group, Inc., et al,

Defendant.

CASE NO. 2:22-cv-04014-JGB-ACCV
[Hon. Judge Jesus G. Bernal]

**JOINT STIPULATION REGARDING FINAL PRETRIAL CONFERENCE AND TRIAL DATE**

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

The parties, by and through their counsel of record, hereby stipulate as follows:

1. On September 23, 2026, the Court ordered the parties to meet and confer about a new trial date and submit a date by October 9, 2026.

2. Plaintiffs' Refiled Motion for Approval of Class Notice is set for hearing on November 9, 2026. Counsel for the parties have other trials or arbitrations scheduled, creating conflicts, in January, February, March, and April 2027. One of the lead counsel for Plaintiffs also has a preplanned vacation scheduled at the end of May.

3. For that reason, counsel for both parties requests that the court set a trial date of May 11, 2027 at 9:00 AM, and set a final pre-trial conference for April 26, 2027 at 11:00 AM.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: October 9, 2026

UCLA LAW CLINICS
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP
McLANE, BEDNARSKI & LITT, LLP

By: */s/ Catherine Sweetser*
Catherine Sweetser
UCLA LAW CLINICS

Paul Hoffman
John Washington

Barrett S. Litt
Lindsay Battles
McLane, Bednarski & Litt, LLP

Attorneys for Plaintiffs Hugo Gonzalez, Jose Baca, Erick Lopez, Mario Manjarres and Ricardo Sandoval Guadarrama on behalf of themselves and certified classes

Dated: October 9, 2026

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
BURKE, WILLIAMS & SORENSEN, LLP

*By: /s/ Catriona Lavery*
Catriona Lavery
Matthew T. Sessions
Joseph L. McGeady
Susan E. Coleman

Attorneys for Defendant The Geo Group, Inc.

**ELECTRONIC SIGNATURE CERTIFICATION**

I, Catherine Sweetser, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.

DATED: October 9, 2026 **UCLA LAW CLINICS**

By: *\/s/ Catherine Sweetser*
Catherine Sweetser
*Attorneys for Plaintiffs,*
*HUGO GONZALEZ, JOSE BACA,*
*ERICK LOPEZ, MARIO MANJARREZ, and*
*RICARDO SANDOVAL GUADARRAMA.*