ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
JOSEPH MCGEADY (BAR NO. 308408)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155 Fax: (619) 233-1158
E-Mail: jmcgeady@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
MATTHEW T. SESSIONS (BAR NO. 307098)
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone: (949) 553-1313 Fax: (949) 553-8354
E-Mail: msessions@allenmatkins.com

BURKE, WILLIAMS & SORENSEN, LLP
SUSAN E. COLEMAN (BAR NO. 171832)
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Phone: (213) 236-0600 Fax: (213) 236-2700
E-Mail: scoleman@bwslaw.com

Attorneys for Defendant
THE GEO GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE GEO GROUP, INC., et al.,

Defendants.

Case No. 2:22-cv-04014-JGB-ACCV

[CLASS ACTION]

Honorable Jesus G. Bernal

**DECLARATION OF CATRIONA M. LAVERY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' REFILED MOTION FOR APPROVAL OF CLASS NOTICE**

Date: November 9, 2026
Time: 9:00 a.m.
Dept: 1

Date Action Filed: June 10, 2022
Trial Date: None Set

DECLARATION OF CATRIONA M. LAVERY

I, Catriona M. Lavery, declare as follows:

1. I am an attorney at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel of record for Defendant The GEO Group, Inc. in the above-captioned action. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. In meeting and conferring on Defendant's production of what class contact information it had in its possession, I spoke with Plaintiffs' counsel, Lindsay Battles and Catherine Sweetser, on June 12, 2026, and requested that Plaintiffs send Defendant copies of any productions received from DHS. Plaintiffs' counsel agreed that they would provide Defendant with copies of any such productions.

3. On October 5, 2026, I spoke with Ms. Sweetser regarding potential trial dates for this action and again requested that Plaintiffs send Defendant a copy of any productions from DHS. Ms. Sweetser agreed that Plaintiffs would share a copy of any productions from DHS.

4. On October 16, 2026, I emailed Ms. Battles and Ms. Sweetser and again requested a copy of all productions Plaintiffs have received from DHS.

5. On October 19, 2026, after 5:00 p.m., Plaintiffs' counsel emailed me a copy of a spreadsheet produced by DHS.

6. The DHS data reflects that 59 of the 135 individuals referenced have been "removed." The DHS production includes last known addresses for at most 128 individuals—of these, two are international addresses, 126 are domestic addresses, and several list only detention facility addresses.

7. Plaintiffs did not attempt to meet and confer regarding the changes made to the class notice plan in the instant motion. Nor did Plaintiffs send Defendant the new, short form notices Plaintiffs have proposed prior to filing this motion. On October 5, 2026, when I spoke with Ms. Sweetser regarding potential trial dates, she

stated that Plaintiffs were preparing their new motion and that they might send Defendant the new, short form notices for review prior to filing. Plaintiffs did not do so. Counsel did not substantively discuss Plaintiffs' motion.

8. Attached hereto as **Exhibit A** for the Court's reference is a true and correct copy of the Federal Judicial Center's Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide, 2010, as downloaded on October 17, 2026 from https://www.fjc.gov/content/judges-class-action-notice-and-claims-process-checklist-and-plain-language-guide-0.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 19, 2026, at Irvine, California.

Catriona Lavery

Catriona M. Lavery