UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The GEO Group, Inc., a Florida corporation, DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-04014-JGB-ACCV<br><br>**[CLASS ACTION]**<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING FINAL PRETRIAL CONFERENCE AND TRIAL DATE** |

# ORDER

After careful consideration of the Parties' Joint Stipulation Regarding Final Pretrial Conference and Trial Date, and upon good cause appearing,

IT IS HEREBY ORDERED that the Final Pretrial Conference and the Jury Trial are set as follows:

| | **Date** |
|---|---|
| Final Pretrial Conference | Monday, April 26, 2027 at 11:00 a.m. |
| Jury Trial | Tuesday, May 11, 2027 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: October 20, 2026

Hon. Jesus G. Bernal
*United States District Judge*