Catherine Sweetser (SBN 271142)
**UCLA LAW CLINICS**
385 Charles E Young Drive
East Los Angeles, CA 90095
Email(s): csweetser@sshhzlaw.com

Paul Hoffman (SBN 071244)
John Washington (SBN 315991)
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
200 Pier Avenue, #226
Hermosa Beach, CA 90245
Telephone: (310) 396-0731
Email(s): hoffpaul@aol.com
jwashington@sshhzlaw.com

Barrett S. Litt (SBN 45527)
Lindsay Battles (SBN 262862)
**McLANE, BEDNARSKI & LITT, LLP**
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Email(s): blitt@mbllegal.com
lbattles@mbllegal.com

*Attorneys for Plaintiffs, Hugo Gonzalez, Jose Baca, Erick Lopez, Mario Manjarrez, and Ricardo Sandoval Guadarrama*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

The GEO Group, Inc., a Florida corporation, DOES 1-10,

Defendants.

Case No.: 2:22-cv-04014-JGB-ACCV

**[CLASS ACTION]**

**SUPPLEMENTAL DECLARATION OF LINDSAY BATTLES IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' RE-FILED MOTION FOR APPROVAL OF CLASS NOTICE PLAN**

**Date: November 9, 2026**
**Time: 9:00 a.m.**
**Ctrm: 1, Riverside**

**DECLARATION OF LINDSAY BATTLES**

I, LINDSAY BATTLES, declare as follows:

1. I am an attorney licensed to practice in the State of California and a partner at the firm McLane, Bednarski & Litt, LLP, attorneys of record for Plaintiffs in this action. This declaration is submitted in support of Plaintiffs' Motion for Approval of Class Notice.

2. Attached as **Exhibit 1** is a true and correct copy of Plaintiffs' corrected long-form class notice. Compared to the long-form notice submitted with the refiled motion (Dkt. 213-2), the corrected notice: (a) inserts April 26, 2027 as the deadline to request exclusion; (b) inserts the May 11, 2027 trial date set by the Court (Dkt. 216); (c) corrects the inadvertent reference to "June 2, 2020" to read "June 12, 2020"; and (d) states that GEO denies wrongdoing and contends that its actions were reasonable, necessary for facility safety and security, and consistent with applicable policies. Several typos were fixed throughout.

3. The language describing GEO's contentions in paragraph 2(d) was included in the revised draft notice Plaintiffs submitted with their reply in support of their original motion for approval of class notice (Dkt. 171-1, Ex. A). It was inadvertently omitted from the draft notice submitted with the refiled motion (Dkt. 213-2).

4. Attached as **Exhibit 2** is a true and correct copy of Plaintiffs' revised short-form **email** notices. The revised email notice states the April 26, 2027 exclusion deadline and GEO's contentions as described in paragraph 2(d). The revised email notice also replaces the bracketed placeholder "[defendant]" with "The GEO Group."

5. The class administrator, ILYM Group, Inc., has created the case website at https://thegeogroupclassactionlawsuit.com/. The website is currently password protected and is not accessible to the public. It will not be made public unless and until the Court approves the class notice. Attached as **Exhibit 3** are true and correct screenshots of the website as of 10/26/26. The website reproduces the content of the

long-form notice and includes links to the exclusion form. The current website is in draft form. The final version will mirror the language on the final, approved longform class notice. It will also include links to important case documents, the exclusion deadline and the trial date. Plaintiffs will provide login credentials to chambers at the Court's request.

6. There have been no changes to the methodology of Plaintiffs' notice plan since the parties met and conferred on July 6, 2026 (Dkt. 213-1 ¶ 15).

7. On October 16, 2026, counsel for GEO first requested a copy of the DHS production by email. I forwarded the DHS production to GEO's counsel on October 19, 2026 at 5:08 p.m.

8. If the Court approves the notice plan, Plaintiffs will issue notice within 30 days of the Court's order approving notice.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 26, 2026 at Pasadena, California.

*/s/ Lindsay Battles*
Lindsay Battles