# EXHIBIT 3

Website Screenshots:



Gonzalez v. GEO – Class Action No
The GEO Group - Draft Exclusion F
https://thegeogroupclassactionlawsuit.com

Gonzalez v. GEO — Class Action Notice

Exclusion (Opt-Out) Form

United States District Court
*Gonzalez v. GEO*
Case No. LA CV 22-04014-JGB- (ACCVx)

## Class Action Notice

***Authorized by the U.S. District Court***

Were you housed in units 3B, 3C or 3D of the Adelanto Detention Facility on June 12, 2020?

There is a class action lawsuit and you may be a class member.

If you want to be part of the class action, you do not need to do anything.

If not, you need to opt out by [TBD].

Important things to know:

- If you take no action, you will be part of the case, and your rights will be affected.

### Table of Contents

**About This Notice**
Why did I get this notice?
What do I do next?
What is the deadline to opt out?
Who is in the class?
Do I have a lawyer in this lawsuit?
**Learning About the Lawsuit**
What is this lawsuit about?
What happens next in this lawsuit?
When and where is the trial?
Do I have to come to trial?
**Deciding What to Do**
What are my options?
**Doing Nothing and Staying in the Case**
What are the consequences of doing nothing?
**Opting Out**
What if I don't want to be part of this case?
How do I opt out?
**Key Resources**
How can I get more information?

Gonzalez v. GEO – Class Action No
The GEO Group - Draft Exclusion F

https://thegeogroupclassactionlawsuit.com


What if I don't want to be part of this case?

How do I opt out?

**Key Resources**

How can I get more information?


## About This Notice

### Why did I get this notice?

This notice is to tell you about a class action lawsuit, *Gonzalez v. GEO*, 22-cv-04014-JGB, brought on behalf of people who were housed in Adelanto Detention Facility in housing units 3B, 3C, and 3D and who were (1) subjected to the use of area saturation with pepper balls or pepper spray on June 12, 2020 and/or (2) were placed on lockdown continually for some period of time after June 12, 2020.

You received this notice because you may be a member of the group of people affected, called the "class." This notice gives you information about the case and tells you how to opt out if you don't want to be part of it.

It is an important legal document, and we recommend that you read all of it. If you have questions or need assistance, please go to www.TheGeoGroupclassactionlawsuit.com or call (888) 250-6810.

### What do I do next?

Read this notice to understand the case and to determine if you are a class member. Then, decide if you want to stay in the case or opt out of it (meaning you choose to be excluded from it).

### What is the deadline to opt out?

The deadline to ask to be excluded from the case is [TBD]. If you don't ask to be excluded, you are included in the case as a class member.

### Who is in the classes?

All immigration detainees housed in Adelanto Detention Facility, in housing Units 3B, 3C, or 3D, on June 12, 2020 who were (1) subjected to the use of area saturation with pepper balls or pepper spray and/or (2) were placed on lockdown continually for some period of time after June 12, 2020.

There are three certified classes, one for each of the three housing units.

### Do I have a lawyer in this lawsuit?

In a class action, the court appoints class representatives and lawyers to work on the case and represent the interests of all the class members. For purposes of the case, the Court has appointed the following lawyers.

Your lawyers:
Catherine Sweetser
UCLA Law Clinics
385 Charles E Young Drive E. Los Angeles, CA 90095

Paul Hoffman John Washington
Schonbrun, Seplow, Harris, Hoffman & Seldes, LLP 200 Pier Avenue, #226
Hermosa Beach, CA 90245

Barrett S. Litt Lindsay Battles

Gonzalez v. GEO – Class Action No | The GEO Group - Draft Exclusion F

https://thegeogroupclassactionlawsuit.com

These are the lawyers who are bringing the case on your behalf. You will not be charged for their services, although their fees may be paid with the court's approval from any settlement or judgment, or application for statutory attorney's fees, that is negotiated for or awarded to the class.

If you want to be represented by your own lawyer, you may hire one at your own expense.

## Learning About the Lawsuit

### What is this lawsuit about?

In 2022, a class action lawsuit was filed against The GEO Group related to a force incident at Adelanto Detention Facility that occurred on June 12, 2020. The lawsuit was brought on behalf of immigration detainees who were exposed to pepper balls or pepper spray and/or were placed on lockdown continually for some period of time following the June 12, 2020 incident. The lawsuit claims that GEO is responsible for: (1) battery, (2) assault, (3) negligent hiring, training, and supervision, (4) negligence and failure to provide medical care, (5) interference of civil rights in violation of the Cal. Civil Code § 52.1.

The GEO Group denies they did anything wrong. GEO contends its actions were reasonable, necessary for facility safety and security, and consistent with applicable policies.

**Where can I learn more?**

You can get a complete copy of the key documents in this lawsuit by visiting: www.TheGeoGroupclassactionlawsuit.com

### What happens next in this lawsuit?

The parties will continue to pursue legal action and prepare the case for trial, unless the two sides agree to settle the case. Class Counsel will have to prove the Plaintiffs' allegations at a trial, where a jury will hear the evidence presented by each side and decide whether or not the Plaintiffs' rights have been violated.

### When and where is the trial?

The judge has scheduled a trial for [TBD], starting at 9 AM, in the United States District Court, Central District of California, located at 3470 12th Street; Courtroom 1, 2nd Floor; Riverside, CA 92501.

Trial dates are often moved. If you are interested in following this case, you should consult the online docket.

The trial will run for multiple days. There is no guarantee that the Plaintiffs will win or that they will be able to obtain money for any or some of the members of the class.

### Do I have to come to trial?

You are not required to attend the trial, but you are welcome to attend. You will not be able to testify at the trial unless you are asked to do so by one of the lawyers. You can reach out to the lawyers in the case at one of the numbers below if you want to hear more about the trial plan.

## Deciding What to Do

### What are my options?

You have two options. You can do nothing and stay in the case, or you can opt out of the case.

Gonzalez v. GEO – Class Action No
The GEO Group - Draft Exclusion F
https://thegeogroupclassactionlawsuit.com

## Doing Nothing and Staying in the Case

**What are the consequences of doing nothing?**

If you do nothing, you will be part of the case and your rights will be affected by the outcome. You won't be able to start, continue, or be part of any other lawsuit against The GEO Group about the issues in this case.

If the class wins or settles, class members may be entitled to money. If the companies win, class members will receive nothing.

## Opting Out

**What If I don't want to be part of this case?**

You can opt out (i.e., exclude yourself from the class). If you opt out, you may have the right to file your own legal case, but you must file it within the statute of limitations. The actions in this lawsuit took place on June 12, 2020, and this case was filed on June 10, 2022. If the case had not been filed, the statute of limitations would have run on June 12, 2022. Although the statute of limitations has been paused during this lawsuit, your statute of limitations will begin to run again if you opt out (which means that, to pursue your own lawsuit, you should file it within two days of opting out).

**How do I opt out to exclude myself from the case?**

To opt out of the case, you must complete the opt out form included with this notice and mail it to the Administrator listed below by [TBD].

ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781- 9937
Phone: (888) 250-6810

Be sure to include your name, address, telephone number, and signature.

**Complete the Online Opt-Out Form**

You must opt out no later than [TBD].

## Key Resources

**How can I get more information?**

This notice summarizes the certification decision. There are more details in the case documents. To get a copy of the case documents or get answers to your questions:

- contact the lawyers who represent the class (information below)
- visit the case website at www.TheGeoGroupclassactionlawsuit.com
- access the Court's docket online.

| Resource | Case Information |
| --- | --- |
| Case website | www.TheGeoGroupclassactionlawsuit.com |
| Class Administrator | ILYM Group, Inc. P.O. Box 2031 |

Gonzalez v. GEO – Class Action No | The GEO Group - Draft Exclusion F

https://thegeogroupclassactionlawsuit.com

Be sure to include your name, address, telephone number, and signature.

**Complete the Online Opt-Out Form**

You must opt out no later than [TBD].

## Key Resources

**How can I get more information?**

This notice summarizes the certification decision. There are more details in the case documents. To get a copy of the case documents or get answers to your questions:

- contact the lawyers who represent the class (information below)
- visit the case website at www.TheGeoGroupclassactionlawsuit.com
- access the Court's docket online.

| Resource | Case Information |
|---|---|
| Case website | www.TheGeoGroupclassactionlawsuit.com |
| Class Administrator | ILYM Group, Inc.<br>P.O. Box 2031<br>Tustin, CA 92781- 9937<br>Phone: (888) 250-6810 |
| Your Lawyers | Catherine Sweetser<br>UCLA Law Clinics<br>385 Charles E Young Drive E.<br>Los Angeles, CA 90095<br>(310) 206-1182<br><br>Paul Hoffman John Washington<br>Schonbrun, Seplow, Harris, Hoffman & Seldes,<br>LLP 200 Pier Ave., Suite 226<br>Hermosa Beach, CA 90254<br><br>Barrett S. Litt Lindsay Battles<br>Mclane, Bednarski & Litt, LLP 975 East Green<br>Street Pasadena, CA 91106<br>(626) 844-7660 |
| Court (DO NOT CONTACT) | Hon. Jesus Bernal<br>U.S. District Court, Central District of California George E. Brown, Jr. Federal Building and United States Courthouse<br>3470 12th Street Courtroom 1, 2nd Floor<br>Riverside, CA 92501 |

Questions? Contact the Class Administrator, ILYM Group, Inc., at (888) 250-6810.

Exclusion form Link:

The GEO Group - Draft Exclusion F

ations.s3.us-west-1.amazonaws.com/documents/a30b9bbd-34ec-4a54-85a1-1fdac164e869-The%20GEO%20Group%20-%2...

Ask Copilot 1 of 1

**<u>REQUEST FOR EXCLUSION FORM (OPT-OUT FORM)</u>**

*Gonzalez v. GEO*

Case No. LA CV 22-04014-JGB- (ACCVx)

**DO NOT COMPLETE THIS FORM IF YOU <u>WANT</u> TO REMAIN IN THE LAWSUIT AS A CLASS MEMBER**

**If you do not want to participate in this lawsuit,** you may "opt out" of the lawsuit. If you opt out of this lawsuit, you will have no right to participate in any benefit if the plaintiffs win at trial or settle the case; you also will not be bound by any judgment in this matter.

ILYM ID: <<ILYMID>>
<<Name>>
<<Address>>
<<City>> <<State>> <<Zip>>

Name/Address Changes, if any:

______________________________________

______________________________________

______________________________________

To opt out, you must sign and return this Request for Exclusion Form, postmarked **on or before** __________, to the Claims Adminstrator at:

Gonzalez v. GEO
c/o ILYM Group
P.O. Box 2031
Tustin, CA 92781-9937

By signing this Request for Exclusion Form, I hereby opt out of this lawsuit. I understand that I will have no right to receive any money if Plaintiffs win at trial or negotiate a settlement. I understand that I may have the right to file my own legal case, but I must file it within the statute of limitations (and that I should file it within 2 days of opting out of this lawsuit).

Dated: ______________________ ______________________________________
Signature