Catherine Sweetser (SBN 271142)
**UCLA LAW CLINICS**
385 Charles E Young Drive
East Los Angeles, CA 90095
Email(s): csweetser@sshhzlaw.com

Paul Hoffman (SBN 071244)
John Washington (SBN 315991)
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
200 Pier Avenue, #226
Hermosa Beach, CA 90245
Telephone: (310) 396-0731
Email(s): hoffpaul@aol.com
jwashington@sshhzlaw.com

Barrett S. Litt (SBN 45527)
Lindsay Battles (SBN 262862)
**McLANE, BEDNARSKI & LITT, LLP**
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Email(s): blitt@mbllegal.com
lbattles@mbllegal.com

*Attorneys for Plaintiffs, Hugo Gonzalez, Jose Baca, Erick Lopez, Mario Manjarrez, and Ricardo Sandoval Guadarrama*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

The GEO Group, Inc., a Florida corporation, DOES 1-10,

Defendants.

Case No.: 2:22-cv-04014-JGB-ACCV

**[CLASS ACTION]**

**PLAINTIFFS' NOTICE OF ERRATA REGARDING WEBSITE SCREENSHOTS**

[Filed concurrently with Supplemental Declaration of Lindsay Battles]

**Date: December 7, 2026**
**Time: 9:00 a.m.**
**Ctrm: 1, Riverside**

Plaintiffs submitted screenshots of the draft case website in non-final form on October 26, 2026 (Dkt. 217). At the time, the class administrator had not yet included a link to important documents on the staging (draft) website. The class administrator has now updated the staging website to include links to important case documents, including this Court's orders regarding summary judgment and class certification.

Plaintiffs respectfully submit supplemental screenshots depicting the link to important case documents. Attached as **Exhibit A** to the Declaration of Lindsay Battles, are the additional exhibits**.** These screenshots are intended to supplement the screenshots originally filed as Exhibit 3 to Dkt. 217-4, pages 1-7.

Dated: November 6, 2026 McLANE, BEDNARSKI & LITT, LLP

By *Lindsay Battles* /s/
Lindsay Battles

Catherine Sweetser
UCLA LAW CLINICS

Paul Hoffman
John Washington

Barrett S. Litt
Lindsay Battles
McLane, Bednarski & Litt, LLP

Attorneys for Plaintiffs Hugo Gonzalez, Jose Baca, Erick Lopez, Mario Manjarrez and Ricardo Sandoval Guadarrama