Catherine Sweetser (SBN 271142)
**UCLA LAW CLINICS**
385 Charles E Young Drive
East Los Angeles, CA 90095
Email(s): csweetser@sshhzlaw.com

Paul Hoffman (SBN 071244)
John Washington (SBN 315991)
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
200 Pier Avenue, #226
Hermosa Beach, CA 90245
Telephone: (310) 396-0731
Email(s): hoffpaul@aol.com
jwashington@sshhzlaw.com

Barrett S. Litt (SBN 45527)
Lindsay Battles (SBN 262862)
**McLANE, BEDNARSKI & LITT, LLP**
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Email(s): blitt@mbllegal.com
lbattles@mbllegal.com

*Attorneys for Plaintiffs, Hugo Gonzalez, Jose Baca, Erick Lopez, Mario Manjarrez, and Ricardo Sandoval Guadarrama*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GONZALEZ, JOSE BACA, ERICK LOPEZ, MARIO MANJARREZ, and RICARDO SANDOVAL GUADARRAMA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The GEO Group, Inc., a Florida corporation, DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-04014-JGB-ACCV<br><br>**[CLASS ACTION]**<br><br>**DECLARATION OF LINDSAY BATTLES IN SUPPORT OF PLAINTIFFS' NOTICE OF ERRATA RE WEBSITE SCREENSHOTS**<br><br>**Date: December 7, 2026**<br>**Time: 9:00 a.m.**<br>**Ctrm: 1, Riverside** |

# DECLARATION OF LINDSAY BATTLES

I, LINDSAY BATTLES, declare as follows:

1. I am an attorney licensed to practice in the State of California and a partner at the firm McLane, Bednarski & Litt, LLP, attorneys of record for Plaintiffs in this action. This declaration is submitted in support of Plaintiffs' Notice of Errata re Website Screenshots related to Plaintiffs' Re-filed Motion for Approval of Class Notice.

On October 26, 2026, Plaintiffs submitted screenshots of the case website in non-final form. At the time, the class administrator had not yet included a link to important documents on the staging (draft) website. The class administrator has now updated the staging website to include a link to important case documents including this Court's orders regarding summary judgment and class certification.

2. Because the website is currently password protected and will not be made public unless and until the Court approves the class notice, attached hereto as **Exhibit A** are true and correct screenshots of the case website in its pre-approval form. The exhibit consists of screenshots of the website as of **November 5, 2026**. The website reproduces the content of the long-form notice and includes a link to the exclusion form, as well as links to important case documents and information regarding the exclusion deadline and the trial date. Plaintiffs will provide login credentials to chambers at the Court's request.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 6, 2026, at Pasadena, California.

*/s/ Lindsay Battles*
Lindsay Battles

# EXHIBIT A

Gonzalez v. GEO — Class Action Notice

Important Documents | Exclusion (Opt-Out) Form

United States District Court
*Gonzalez v. GEO*
Case No. LA CV 22-04014-JGB- (ACCVx)

# Class Action Notice

***Authorized by the U.S. District Court***

Were you housed in units 3B, 3C or 3D of the Adelanto Detention Facility on June 12, 2020?

There is a class action lawsuit and you may be a class member.

If you want to be part of the class action, you do not need to do anything.

If not, you need to opt out by April 26, 2027.

Important things to know:

- If you take no action, you will be part of the case, and your rights will be affected.

## Table of Contents

**About This Notice**
Why did I get this notice?
What do I do next?
What is the deadline to opt out?
Who is in the class?
Do I have a lawyer in this lawsuit?
**Learning About the Lawsuit**
What is this lawsuit about?
What happens next in this lawsuit?
When and where is the trial?
Do I have to come to trial?
**Deciding What to Do**
What are my options?
**Doing Nothing and Staying in the Case**
What are the consequences of doing nothing?
**Opting Out**
What if I don't want to be part of this case?
How do I opt out?
**Key Resources**
How can I get more information?


Gonzalez v. GEO – Class Action No
New tab
https://thegeogroupclassactionlawsuit.com/important-documents/
Chat
Gonzalez v. GEO — Class Action Notice
Home
Exclusion (Opt-Out) Form
« Back
The GEO Group - Exclusion Form.pdf
The GEO Group - Class Notice.pdf
The GEO Group - Order re Defs' MSJ and Pltfs Class Cert Motions.pdf
The GEO Group - Order Granting Plaintiffs' Motion for Class Certification.pdf
The GEO Group - Order Denying Decertification, Denying Class Ntc Mtn, Granting MTC.pdf
Questions? Contact the Class Administrator, ILYM Group, Inc., at (888) 250-6810.